W2006-1081-CCA-K3-CD

SHELBY COUNTY CRIMINAL

STATE OF TENNESSEE
APPELLEE

VS 05-03038     EXHIBITS.

VERN BRASWELL

VOLUME 2 OF 11  VOLUMES

FILED

NOV 0 2 - 06

Clerk of the Courts

Vol.2

**Friday, August 26, 2005, Division-5**

**STATE OF TENNESSEE**             **FIRST DEGREE MURDER**
**VS.  05 03038**
**BRASWELL, VERN**

On application of the defendant, it is ordered by the Court that the above cause be reset to Friday, September 30, 2005, for REPORT DATE.

Comes the Attorney General on the part of the State and the defendant in proper person and by counsel of record, TAVIER BAILEY. Whereupon there comes on to be heard the following MOTIONS and RULINGS:

1.  Motion For Discovery; Which Motion is GRANTED.

2.  Motion to Require the State to Announce its Intention to Seek the Death Penalty; STATE WILL NOT SEEK THE DEALTH PENALTY.

3.  Motion for Notice of the State's Intention to use Evidence; Which Motion is WITHDRAWN BY THE ATTORNEY.

4.  Motion to Suppress Statements; Which Motion is DENIED.

5.  Motion for Bill of Particulars; Which Motion is DENIED.

6.  Motion to Dismiss; Which Motion is DENIED.

7.  Motion for notice of State's Intention to use prior Convictions; Which Motion is GRANTED.

8.  Motion to determine Competency to stand Trial; Which Motion is WITHDRAWN BY THE ATTORNEY.

9.  Motion for change of Venue; Which Motion is HELD IN ABEYANCE.

----------

Vern Braswell
Exhibits from
Motios heard
ON
8·26·05

## EXHIBIT SHEET

CASE# _05 - 03038_       COUNTY: SHELBY       Division _✓_

STATE OF TENNESSEE       JUDGE: _Joseph B Dailey_

vs. _Vern Braswell_       REPORTER: _Mary Wilde_
                          CLERK: _Jackie Williams_

                          CHARGE: _Murder_

STATE'S ATTORNEY: _____       DEFENSE ATTORNEY: _____
_Amy Weerich_                 _J Bailey_

| -EXHIBIT NO.- | | TO WHOM | DESCRIPTION |
|---|---|---|---|
| STATE | DEFENSE | | |
| 1 | | Sgt Merritt | Document: Master's Degree Defendant |
| 2 | | " | " Homicide W Ns Stmt |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

CC7-10

*Univ of Memphis.*

## INTERROGATION: ADVICE OF RIGHTS

### YOUR RIGHTS

PLACE 201 Poplar RM 11-20

DATE 11-5-04

TIME 8:50 A.M.

Before we ask you any questions you must understand your rights.
Your have the right to remain silent.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning, if you wish.

### WAIVER OF RIGHTS

I have read this statement of my rights and I understand what my rights are, I am willing to talk to you and answer questions.
I do not want a lawyer at this time.   I understand and know what I am doing.   No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

SIGNED _____ X

WITNESS Sgt W.D. Merritt 5546

WITNESS _____ 5514

DATE/TIME 11/5/04   8:48 a.m.

EXHIBIT # 1

REPORTER mmw

DATE 8/24/05

TO: MERRITT

# HOMICIDE WITNESS STATEMENT

This is the statement of:     Vern Braswell
DOB:
SSN:
Home Address:
Home Phone #:
Education:                    Masters Degree (University of Memphis)
Employed By:                  Memphis City Schools (Hanley Elementary)
Work Address:                 680 Hanley
Work Phone:                   901-416-0561
Occupation:                   Assistant Principal

Next of Kin/Emergency Contact:  Mary Wallace
Home Address:
Home Phone:
Occupation:                   Retired
Employment:                   N/A
Business Phone:               N/A
Business Address:             N/A

This statement is made Friday November 5, 2004 at 0922 hours in the **Homicide Office West Interview Room**, **201 Poplar, Room 11-17** to Sgt. W. D. Merritt IBM 5546 and Sgt. M. Miller IBM 5574 relative to the **Death Investigation of Shelia Braswell**, which occurred at 8152 Creekside Circle North on Friday November 5, 2004, at approximately 2:00 a.m. and which is filed under **MPD# 0411002362me.**

**Questioned by: Sgt. W. D. Merritt IBM 5546 and Sgt. M. Miller IBM 5574**
**Typed by: Melodye Montgomery IBM 10318**

Q:     Mr. Braswell are you the husband of Shelia Braswell?
A:     Yes.

Q:     Were you and Shelia together at [redacted] on November 5, 2004?
A:     Yes.

Q:     Was anyone else at the residence during that time?
A:     The children.

Q:     Were you and Shelia together at approximately 12:00 a.m. on November 5, 2004?
A:     Yes.

**EXHIBIT #** 2
REPORTER _mmyp_
DATE 8/26/05
TO: _MERRITT_

Q:      In your own words tell me what happened while you and Shelia were together
        around midnight November 5, 2004?

A:              We were in the Jacuzzi together around midnight.  Relaxing and bathing.
        We began getting intimate and engaged in sex.  As a result of inadequate amount
        of lubrication we continued sex in the bedroom and in the bed.  At approximately
        1:30 a.m. we stopped and joked about who was going to let the water out of the
        Jacuzzi.  She commented about an aching cramping pain in her abdomen.  Then
        she got up and walked with a limping motion to the bathroom.  And shortly
        thereafter I heard in the bathroom the Jacuzzi faucet, as well as the Jacuzzi jets
        turn on.  At which time, or shortly thereafter, I fell asleep.  It was approximately
        1:30 to 1:40 a.m.

                At approximately 3:50ish to 4:00 a.m., I noticed that she wasn't in the bed.
        I went to check on her and she had fallen somewhat submerged in the water.  I
        called 911 and Brian James as well as a host of other family and friends trying to
        get help.

Q:      Were the jets running when you found Shelia in the tub?
A:      Yes.

Q:      What position was Shelia resting in when you found her?
A:      She was midway between being on her side and on her back.

Q:      Was her head and face out of the water?
A:      No.

Q:      Did you move or reposition the body before the paramedics came?
A:      I stepped into the bathtub and attempted to grab her around the waist and pull
        her out of the tub.  My efforts left her on the side of the tub.  Shortly thereafter the
        paramedics came in.  Also I noticed that the pink bath pillow was floating in the
        tub.  It was detached from the wall and was floating in the tub.

Q:      Did Shelia consume any alcoholic beverages during the night?
A:      Before midnight she consumed one 12 ounces SKYY blue.  While in the Jacuzzi
        she had another one.

Q:      Was Shelia on any medication?
A:      No, however she would occasionally take Skelaxin, Hydrocodone, or Tylenol
        with codeine for cramping in the joints and aching pains.

Q:      What medical problems did Shelia suffer from?
A:      She suffered from Endometriosis, as well as two complicated pregnancies, which
        left her with hip and leg cramps.

Q:      Has Shelia been in the hospital within the last year and if so for what?
A:      It was like mid December 2003 she had like a pseudoparalysis where she couldn't
        move or do anything.  We spent three days at Baptist East.  The doctor's said it
                from the neck down

2

was a Potassium deficiency. She couldn't walk or do anything from neck down. As a result she is supposed to be taking some potassium pills but I haven't seen them. She has complained maybe once over the summer for not being about to move or anything.

Q:   Did you ejaculate while you and Shelia were having sex?
A:   No.

Q:   Prior to today when was the last time that you and Shelia had been intimate together?
A:   On the night of November 3rd.

Q:   Were you watching TV when Shelia returned to the bathroom?
A:   Yes.

Q:   Do you remember the name of the show that was on at the time?
A:   I don't know what the name of the show that was on but I was waiting on the show Erotic Confessions to come on at 1:40 a.m. on Cinemax.

Q:   Did you attempt to remove Shelia from the tub when you discovered her?
A:   Yes, during the 911 call the operator told me numerous times to remove her from the water. I tried lifting her and pulling but I couldn't get her out.

Q:   Is there anything else that you would like to add to this statement that would aid in this Police investigation?
A:   It wasn't uncommon for Shelia to fall asleep in the tub with the Jacuzzi jets on.

Q:   Can you read and write without the aid of eyeglasses?
A:   Yes.

Q:   Was this statement given freely and voluntarily without any promises, threats or coercion?
A:   Yes.

Q:   I am going to ask you to read this statement and if you find it to be true and correct, initial the bottom of each page and sign and date the last. Do you understand?
A:   Yes.

_____                    11/5/04   10:03am
Signature                                          Date        Time

3

## EXHIBIT SHEET

CASE# 05-03038                    COUNTY: SHELBY          Division 5

STATE OF TENNESSEE

vs. Vern Braswell

JUDGE: Joseph B. Dailey
REPORTER: Katherine Knowles
CLERK: Kemberly Tanzy
CHARGE: MID

STATE'S ATTORNEY: Betsy Carnisale +
Amy Weirich

DEFENSE ATTORNEY: J. Bailey +
Walter Bailey

| -EXHIBIT NO.- STATE | DEFENSE | TO WHOM | DESCRIPTION |
|---|---|---|---|
| 1 | ✓ | P. Washburn | photo - victim |
| 2 | ✓ | P. Washburn | photo - bathtub |
| 3-1D | ✓ | P. Washburn | 2 photos of S. Braswell |
| 4 | ✓ | P. Washburn | envelope - check + letter |
| 5 | ✓ | P. Washburn | envelope - money |
| 6-1D | ✓ | P. Washburn | envelope - note |
| 7-1D | ✓ | P. Washburn | legal-size document |
| 8-1D | ✓ | P. Washburn | document |
| 9-1D | ✓ | P. Washburn | document |
| 10 | ✓ | A. Snyder | photo - outside |
| 11 | ✓ | J. Green | envelope - tape |
| 12 | ✓ | R. Coleman | chronology report |
| 13 | ✓ | Lt. Jackson | sketch |
| 14 | ✓ | B. Tanzy | photo - victim |
| 15 | ✓ | B. Tanzy | photo - victim |
| 16 | ✓ | Officer Galloway | crime scene sketch |
| 17 | ✓ | Officer Galloway | photo - bathroom |
| 18 | ✓ | Officer Galloway | photo - bottle by tub |
| 19 | ✓ | Officer Galloway | photo - dresser |
| 20 | ✓ | Officer Galloway | photo - dresser |
| 21 | ✓ | Officer Galloway | photo - bed |
| 22 | ✓ | Officer Galloway | photo - bathtub |
| 23 | ✓ | Officer Galloway | photo - victim |

Received By CT.
12-12-05 - 8:55 AM
K Tanzy 12/12/05

 CC7-10

## EXHIBIT SHEET

CASE# 05-03038                    COUNTY: SHELBY        Division 5

STATE OF TENNESSEE                JUDGE: Joseph B. Dailey

vs. Vern Braswell                 REPORTER: Katherine Knowles
                                  CLERK: Kimberly Tanzy

                                  CHARGE: MID

STATE'S ATTORNEY: Betsy Carnesale +     DEFENSE ATTORNEY: J. Bailey +
Amy Weirich                              Walter Bailey

| -EXHIBIT NO.- STATE | DEFENSE | TO WHOM | DESCRIPTION | |
|---|---|---|---|---|
| 24 | ✓ | Officer Galloway | photo-sink | |
| 25 | ✓ | Officer Galloway | bag-collective - 2 bottles | |
| 26 | ✓ | Sgt. Merritt | Advice of Rights form | |
| 27 | ✓ | Sgt. Merritt | envelope - CD | |
| 28 | ✓ | Lt. Miller | statement | |
| 29 | ✓ | J. Brown | phone records - folder | |
| 30 | ✓ | B. Sturdivant | phone records | |
| 3 | ✓ | Officer Walls | 2 photos of S. Braswell | |
| 8 | ✓ | W. Mangum | document | |
| 9 | ✓ | W. Mangum | document | |
| 7 | ✓ | W. Mangum | legal-size document | |
| 31 | ✓ | Dr. Carter | photo- victim | |
| 32 | ✓ | Dr. Carter | photo - victim | |
| 33 | ✓ | Dr. Carter | photo - eye (2) | collective |
| 34 | ✓ | Dr. Carter | photo - mouth (2) | collective |
| 35 | ✓ | Dr. Carter | photo - neck | |
| 36 | ✓ | Dr. Carter | necklace | |
| 37 | ✓ | Dr. Carter | photo - victim | |
| 38 | ✓ | Dr. Carter | photo - victim neck (2) | collective |
| 39 | ✓ | Dr. Carter | photo - neck (2) | collective |
| 40 | ✓ | Dr. Carter | photo - neck | |
| 41 | ✓ | Dr. Carter | photo - neck | |
| 42 | ✓ | Dr. Carter | photo | |

CC7-10

## EXHIBIT SHEET

CASE# 05-03038                COUNTY: SHELBY        Division 5

STATE OF TENNESSEE

vs. Vern Braswell

JUDGE: Joseph B. Dailey
REPORTER: Katherine Knowles
CLERK: Kimberley Tanzy
CHARGE: MID

STATE'S ATTORNEY: Betsy Carnesale
Amy Weirich

DEFENSE ATTORNEY: J. Bailey +
Walter Bailey

| -EXHIBIT NO.- STATE | DEFENSE | TO WHOM | DESCRIPTION |
|---|---|---|---|
| 43 | 10 | Dr. Carter | photo - feet |
| 44 | 10 | Dr. Carter | photo victim |
| | 45 | Dr. Carter | photo - victim |
| 6 | 10 | K. Woods | envelope - note |
| 46 | 10 | K. Woods | envelope - earrings |
| | 47 | V. Braswell | vibrator toy |
| | 48 | V. Braswell | butterfly toy |
| | 49 | V. Braswell | bullet - toy |
| | 50 | V. Braswell | Nubby - G |
| | 51 | V. Braswell | Whips |
| | 52 | V. Braswell | bullet - toy |
| 53 | 10 | V. Braswell | photo - bed |
| 54 | | V. Braswell | photo - victim |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

CC7-10



**EXHIBIT #** _1_

REPORTER _KK_

DATE _12-6-05_

TO: P Washburn

EXHIBIT # ___1___

WITNESS: _P. Washburn_

Identified and made a part of the record.

This ____ day of _October_ , 2006

JUDGE

P. _202_



EXHIBIT # ___2___

WITNESS: ___P. Washburn___

Identified and made a part of the record

This ___11___ day of ___October___, 200 6

___JUDGE___

P. ___207___

**EXHIBIT #** 2

REPORTER KK

DATE 12-6-05

TO: P Washburn



Shelia F. Braswell
04/17/96



Shelia F Braswell
04/17/96

**EXHIBIT #** 3
REPORTER _KK_
DATE 12-6-05                    1D
TO: P. Washburn

**EXHIBIT #** 3
REPORTER _KK_
DATE 12-7-05
TO: Officer Walls

I.D. / EVIDENCE

EXHIBIT # ___3___

WITNESS: P, Washbown / T, WALLS

Identified and made a part of the record

This __11__ day of ___October___, 2006

JUDGE

I.D. / EVIDENCE

p. 312 / 453

# E X H I B I T #4

check And letter

RETAINED BY THE CRIMINAL COURT CLERK OF SHELBY
COUNTY TENNESSEE, UNLESS REQUESTED BY THE
CRIMINAL COURT OF APPEALS

EXHIBIT # __4__

Witness: P. WAShburn

Identified and made a part of the record

This the __11__ day of __October__, 200**6**

_____
JUDGE

Page # __217__

# E X H I B I T #5

MONEY

RETAINED BY THE CRIMINAL COURT CLERK OF SHELBY
COUNTY TENNESSEE, UNLESS REQUESTED BY THE
CRIMINAL COURT OF APPEALS

EXHIBIT # __5__

Witness: P. WASHBURN

Identified and made a part of the record

This the ____ day of October, 2006

_____
JUDGE

Page # __218__

STATE OF TENNESSEE
VS. 05-03038
VERN BRASWELL

I.D./EVIDENCE

Exhibit # 6
Witness: P. WASHBURN/
Identified and made a part of the record
this ___ day of _____ 20__

_____
Judge
I.D./EVIDENCE

**E/B**

**04110109**

**PROPERTY WILL NOT BE ACCEPTED UNLESS ALL AVAILABLE INFORMATION IS GIVEN BELOW:**

FOUND ☐  EVIDENCE ☒  PERSONAL ☐

RECEIPT NO. _04110109_  DATE _11-16-04_

OFFICERS _Sgt W.D. MERRITT_  IBM NO. _5546_

OFFICERS_____  IBM NO._____

CAR # _1915_

_VICTIM_
**DEFENDANT**

1. NAME _BRASWELL_ _Shelia_
   LAST           FIRST         MIDDLE
   ████████████ ████  AGE _32_  SEX _F/B_

   BOOKING # _____

2. NAME _____
   LAST           FIRST         MIDDLE
   ADDRESS_____  AGE_____  SEX____

   BOOKING # _____

**CHARGES/BUREAU**

ARRESTED FOR:_____

MEMO OR R.I. #: _041 00 2362_

ARTICLES: _____
_1 - NOTE_

_____

LOCATION SEIZED: _5592 Rosswood_

OR (LOC OF ARREST): _____

_____

E-2100.269

Rev. 10/89



EXHIBIT # 6

REPORTER kk          iD

DATE 12-6-05

TO: P. Washburn

EXHIBIT # 6

REPORTER kk

DATE 12-8-05

TO: K. Woods

Please forgive me. Please continue to pray for me.

IN THE CIRCUIT COURT OF TENN.
FOR THE 30th JUDICIAL DISTRICT
AT MEMPHIS



SHELIA F. BRASWELL,

    PLAINTIFF,

VS.

VERN G. BRASWELL,

    DEFENDANT.

NO. C T- 003443-04
Div./Part 8

---

## COMPLAINT FOR DIVORCE

---

TO THE HONORABLE JUDGES OF THE CIRCUIT COURT AND CHANCELLORS OF THE CHANCERY COURT OF SHELBY COUNTY, TENNESSEE:

Comes now the Plaintiff, SHELIA F. BRASWELL, by and through her attorney of record, and in support of her Complaint for Divorce would state and show unto this Honorable Court as follows:

I

That the parties are adult resident citizen of Shelby County, Tennessee, and has been such for more than six (6) months preceding the filing of this Complaint for Divorce.

II

The Plaintiff, in compliance with Chapter 74 of the Public Acts of Tennessee for 1957 alleges as follows:

A.  THE FULL NAME OF HUSBAND: Vern G. Braswell;

B.  THE ADDRESS OF HUSBAND: ███ ████████ ██ ███████ █ 38016;

C.  THE PLACE OF HUSBAND'S BIRTH: Tn;

D.  THE DATE OF HUSBAND'S BIRTH: ████████

E.  NUMBER OF HUSBAND'S PREVIOUS MARRIAGES: none;

F.   THE HUSBAND'S RACE OR COLOR: African-American;

G.   THE HUSBAND'S SOCIAL SECURITY NUMBER: ███████

H.   THE FULL MAIDEN NAME OF WIFE: Shelia Franks;

I.   THE ADDRESS OF WIFE: ████████████  ████████;

J.   THE PLACE OF WIFE'S BIRTH: Tn;

K.   THE DATE OF WIFE'S BIRTH: ████████

L.   THE NUMBER OF WIFE'S PREVIOUS MARRIAGES: none;

M.   THE WIFE'S RACE OR COLOR: African-American;

N.   THE WIFE'S SOCIAL SECURITY NUMBER: ████████;

O.   THE NAME, BIRTHDATES, & AGES OF ANY MINOR CHILDREN BORN OF
     THIS MARRIAGE: William Braswell ████ ████ ████
     ████,
                    Myles Braswell ████ ████ ████
     ████ ;

P.   ADDRESSES WHERE THE MINOR CHILDREN HAVE RESIDED FOR THE PAST
FIVE YEARS: ██████████ █████ █████;

Q.   The parties have not participated in any capacity in any other
litigation concerning the custody of the minor children involved in
this case, in this or any other state, knows of no person not a
party to the proceedings who has physical custody of the children
or who claims to have custody or visitation rights with respect to
the children therein.

R.   THE STATE AND COUNTY WHERE THIS MARRIAGE TOOK PLACE: Shelby
County, Tn;

S.   THE DATE OF THIS MARRIAGE: 9/3/94;

T.   THE DATE OF THE FINAL SEPARATION OCCURRED ON: 6/14/04;

III

Plaintiff would show unto the Court that she and the Defendant have irreconcilable differences between them.

IV

Plaintiff would show unto the Court that the Defendant is guilty of such inappropriate marital conduct as renders cohabitation unsafe and improper pursuant to TCA Section 36-4-101(3).

V

Plaintiff would show that the parties are owners as tenants-by-the-entirety of the real property located at ███████████████. ███ ████████ █████████████ ███. Plaintiff would show to the Court that she has assisted in purchasing the aforementioned real property and all of the furniture and personal possessions therein.

WHEREFORE, PREMISES CONSIDERED, PLAINTIFF PRAYS:

(1)   That proper process issue and be served on the Defendant and that she be required to answer this Complaint for Divorce or same will be taken as confession and proceeded with ex parte as provided by law;

(2)   That upon the hearing of this cause, Plaintiff be granted an absolute divorce from the Defendant and be restored to all rights and privileges of an unmarried person, and that the bonds of matrimony heretofore subsisting between these parties be dissolved and forever held for naught;

(3)   That the issues regarding the parties' minor children be ordered pursuant to the Plaintiff's proposed parenting plan;

3

(4)   That in the event the parties are able to enter into a Marital Dissolution Agreement, the Court approve said Agreement and enter same into the record herein;

(5)   That this Honorable Court affect an equitable division of the parties' marital property in conformity with TCA Section 36-4-121;

(6)   That Defendant be ordered to pay his equitable share of the debts of the parties;

(7)   That the Plaintiff be awarded her attorney fees;

(8)   That Plaintiff have such other, further, and general relief to which she may be entitled in the premises.

Pursuant to T.C.A. 36-4-106(d), the following temporary injunctions shall be in effect against both parties until the Final Decree of Divorce or Order of Legal Separation is entered, the Petition is dismissed, the parties reach agreement or until the Court modifies or dissolves the Injunction, written notice of which shall be served with the Complaint:

(1)(A)  An injunction restraining and enjoining both parties from transferring, assigning, borrowing against, concealing or in any way dissipating or disposing, without the consent of the other party or an order of the Court, of any marital property.  Nothing herein is intended to preclude either of the parties from seeking broader injunctive relief from the Court.

(B)  Expenditures from current income to maintain the marital standard of living and the usual and ordinary costs of operating a

4

business are not restricted by this injunction.  Each party shall maintain records of all expenditures, copies of which shall be available to the other party upon request.

(2) An injunction restraining and enjoining both parties from voluntarily canceling, modifying, terminating, assigning or allowing to lapse for nonpayment of premiums, any insurance policy, including but not limited to life, health, disability, homeowners, renters and automobile, where such insurance policy provides coverage to either of the parties or the children, or that names either of the parties or the children as beneficiaries without the consent of the other party or an order of the Court.  "Modifying" includes any change in beneficiary status.

(3) An injunction restraining both parties from harassing, threatening, assaulting or abusing the other and from making disparaging remarks about the other to or in the presence of the children of the parties or to either party's employer.

(4) An injunction restraining both parties from relocating the children of the parties outside the State of Tennessee, or more than one hundred (100) miles from the marital home, without the permission of the other party or an order of the Court, except in the case of a removal based upon a well-founded fear of physical abuse against either the fleeing parent or the children.  In such cases, upon request of the nonrelocating parent, the Court will conduct an expedited hearing, by phone conference if appropriate,

5

to determine the reasonableness of the relocation and to make such other orders as appropriate.

(5) The provisions of these Injunctions shall be attached to the summons and the Complaint and shall be served with the Complaint. The Injunctions shall become an Order of the Court upon fulfillment of the requirements of subsection (d) of this Act.   However, nothing in this subsection shall preclude either party from applying to the Court for further temporary Orders, an expanded Temporary Injunction or modification or revocation of this Temporary Injunction.

Respectfully submitted,

By: _____
Dennis J. Sossaman   #13058
Attorney for Complainant
262 German Oak Dr.
Memphis, TN  38018
(901) 754-8001

RECEIPT OF REFEREE

Receipt of a copy of the foregoing Complaint for Divorce is hereby acknowledged this the __ day of June, 2004.

_____

STATE OF TENNESSEE )

COUNTY OF SHELBY   )

SHELIA F. BRASWELL, being first duly sworn, makes oath that the facts contained in her foregoing Complaint for Divorce are true and correct to the best of her knowledge and belief; that the Complaint is not make out of levity or by collusion with the Defendant, but in sincerity and truth for the causes mentioned in the Complaint.

_Shelia F. Braswell_
SHELIA F. BRASWELL

SWORN TO AND SUBSCRIBED before me, the undersigned Notary, this _14th_ day of June, 2004.

_____
NOTARY PUBLIC

My commission expires:

_____

7

I.D./EVIDENCE

EXHIBIT # 7

WITNESS: P. Washburn / W. MANGUM

Identified and made a part of the record

This ___ Day of _October_, 2006

JUDGE ___

I.D./EVIDENCE

p. 219/467

EXHIBIT # 7
REPORTER KK
DATE 12-7-05
TO: W. Mangum

EXHIBIT # 7
REPORTER KK
ID
DATE 12-6-05
TO: P. Washburn

IN THE CHANCERY / CIRCUIT COURT OF TENNESSEE

FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

*Shelia F wRascull*

PETITIONER,

VS.                                        DOCKET NO. *7 7666T.*

*Uein C. Braswell*

RESPONDENT,

---

### ORDER OF PROTECTION

---

This cause came on to be heard upon petitioner's petition for Order of Protection on the *10* day of *MAY*, 19 *96*, upon notice duly served on the respondent and upon statements made in open Court. From the entire record herein, the Court finds that the petitioner has proven the allegations of abuse by the preponderance of the evidence.

IT IS, THEREFORE, ORDERED that the ~~respondent is refrained from coming about the petitioner for any purpose and especially~~ *respondent is refrained from* from abusing, threatening to abuse petitioner, or committing any acts of violence upon petitioner upon penalty of contempt.

IT IS FURTHER ORDERED that respondent, is refrained and prohibited from maliciously damaging, threatening to damage, or committing acts of violence upon petitioner's property upon penalty of contempt.

~~IT IS FURTHER ORDERED that respondent, is refrained and prohibited from telephoning, contacting or otherwise communicating with the petitioner, directly or indirectly upon penalty of contempt.~~

IT IS FURTHER ORDERED that respondent, is refrained and prohibited from stalking the petitioner as defined in TCA 39-17-316 upon penalty of contempt.

IT IS FURTHER ORDERED AS FOLLOWS:

1. That, if respondent violates this order, the respondent may be held in contempt of Court and punished by incarceration in the Shelby County Jail for up to ten (10) days and fined fifty dollars ($50.00).

2. That if respondent violates this order, the respondent may face criminal prosecution and be charged with a Class E Felony.

Revised 12/95 - Replaces any prior versions.

3. That, pursuant to Tennessee Code Annotated, § 36-3-609, a copy of this Order be issued to all local law enforcement agencies in Shelby County.

4. That, pursuant to Tennessee Code Annotated, § 36-3-611, respondent may be arrested by a law enforcement officer without a warrant if that officer has reasonable cause to believe that respondent has violated or is violating this Order.

IT IS ORDERED AS FOLLOWS:

(X where applicable)

5. _____The petitioner is awarded custody of the parties' minor child(ren), _____ _____

6. _____The petitioner is awarded child support in the amount of $_____ every _____.

7. _____The petitioner and respondent are referred to the Divorce Referee as Special Master, for a determination of support.

8. _____The petitioner and respondent are referred to Juvenile Court, for a determination of support for the minor child(ren).

9. _____Petitioner is awarded exclusive possession of the parties' residence located at _____, and respondent is required to remove respondent's possessions from the residence by the _____ day of _____, 19_____.

10. _____Respondent shall provide suitable alternative housing for petitioner by the _____ day of _____, 19_____.

11. IT IS FURTHER ORDERED, Family counseling They Are to make phone calls & home by his Mothers house 3818 Calvert & Church INLAWS. _____

IT IS FURTHER ORDERED, that respondent shall pay the costs and litigation tax of this cause.

IT IS FURTHER ORDERED, that this Order shall remain in effect for a period of one (1) year, and petitioner, upon notice to respondent, may request a continuation of this order.

ENTERED THIS _10_ day of __May__, 19_96_.

_____
CHANCELLOR / JUDGE

A TRUE COPY ATTEST

JIMMY MOORE, Clerk

By_____ D.C.

Revised 12/95 - Replaces any prior versions.

CERTIFICATE:

     Served on the respondent by personally reading the Order to the

respondent and by leaving a copy of the Order with the respondent on the

_____ day of _____  _____, 19_____, at _ _____ a.m. /

p.m.

                                   _____

                                  SHERIFF - DEPUT  SHERIFF

Revised 12/95 - Replaces any prior versions.

**EXHIBIT #** __8__

REPORTER _KK_

DATE _12-7-05_

TO: W. Mangum

**EXHIBIT #** __8__

REPORTER _KK_

__ID__

DATE _12-6-05_

TO: P. Washburn

I.D. / EVIDENCE

EXHIBIT # 8

WITNESS: P. Washburn / W. MANGUM

Identified and made a part of the record

This ___ day of _____, 200 6

JUDGE _____

I.D. EVIDENCE
P. 219 / 466

IN THE CIRCUIT COURT OF TENNESSEE

FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

Shelia F. Braswell

PETITIONER,

VS.                                          DOCKET NO. 77666 TD-5

Vern G Braswell

RESPONDENT,

---

## EX PARTE ORDER OF PROTECTION

---

TO THE RESPONDENT, Vern G. Braswell:

     It appears to the Court from the sworn petition for an Order of Protection, that such an order should issue pursuant to Tennessee Code Annotated, Title 36, Chapter 3, Part 6.

     IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED:

1. That respondent, Vern G. Braswell, is restrained and prohibited from abusing, threatening to abuse, or committing acts of violence upon petitioner;

2. That respondent, Vern G. Braswell, is restrained and prohibited from maliciously damaging, threatening to damage, or committing acts of violence upon petitioner's property;

3. That respondent, Vern G. Braswell, is restrained and prohibited from telephoning, contacting or otherwise communicating with the petitioner, directly or indirectly.

4. That respondent, Vern G. Braswell, is restrained and prohibited from stalking the petitioner as defined in TCA § 39-17-315.

5. That if respondent violates this order, the respondent may be held in contempt of Court and punished by incarceration in the Shelby County Jail for ten (10) days and fined fifty dollars ($50.00).

Revised 12/95 - Replaces any prior versions.

IN THE (CIRCUIT / CHANCERY) COURT OF TENNESSEE
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

_Shelia Franks Braswell_

PETITIONER,

VS.                                   DOCKET NO. _7766670-3_

_Vern Elmer Braswell_

RESPONDENT,

_____

## PETITION FOR ORDER OF PROTECTION

_____

Petitioner, _Shelia F. Braswell_ , pursuant to Tennessee Code
Annotated, Title 36, Chapter 3, Part 6 of this title states:

1.  Petitioner is a resident of _____Shelby_____ County,
    _____TN_____. Respondent is a resident of
    _____Shelby_____ County, _____TN_____, and
    lives at ███████████████████████. The
    incident which gives rise to this petition occurred in
    _____Shelby_____ County, _____TN_____.

2.  Petitioner and respondent are present or former family or household
    members.

3.  Both of the parties are the parents of _0_ minor child(ren); (Write
    name and age of each child on the following blank lines.) _____

    _____
    _____
    _____

4.  Respondent has abused and / or threatened to abuse petitioner.
    Specifically, respondent has: (Write what happened, when it happened,
    and where it happened on the following lines.) _On the night of_
    _April 17, 1996 approx. between 10pm and 11pm, my_
    _husband and I had a dispute. During this_

Revised 12/95 - Replaces any prior versions.

dispute he hit me (slapping) in my face which resulted in a scratch on my ® check and sore jaw bones. He also choked me, pulled my hair, threw me up against the wall and choked ch sed me from behind - cut g off my air supply and told me "to say my prayers." I tried to leave the 1st time at which time he restrained me. He tried to punch me several times - some of which I was able to block. After having me on the kitchen floor he took my wedding ring and diamond heart pendant and reported he would be "payed alimony ette when we got divorced." I was able to leave the house and ran next door to a neighbors where 911 was called. The Millington Police Dept came and took a report and pictures. The officer's name was Pete Nichelson - Patrolman M-172. This incident has left me with scratches, bruises and minor pains in my jaw, neck, shoulders and back. During this time abusive language was also used towards me. My husband left the premises before the police had arrived.

6.  That if respondent violates this order, the respondent may face criminal prosecution and be charged with a Class E Felony.

7.  That a hearing on this matter will be held on the _10_ day of _____ , _74_ , 19_96_ , at _10 00 a._ / p.m. in the Circuit Court of Shelby County, Tennessee, 140 Adams, Room _207_; and that respondent has a right to secure counsel to represent the respondent at the hearing.

8.  That, pursuant to Tennessee Code Annotated, § 36-3-609, a copy of this Order shall be issued to all local law enforcement agencies in Shelby County.

9.  That, pursuant to Tennessee Code Annotated, § 36-3-611, respondent may be arrested by a law enforcement officer without a warrant if that officer has reasonable cause to believe that respondent has violated or is violating this Order;

ENTERED this _19_ day of _April_ , 19_96_.

_____
JUDGE

**OFFICER'S RETURN**

Served on respondent by personally reading the Notice to respondent and by leaving a copy of the Notice with respondent on the _____ day of _____ , 19_____, _____ a.m. / p.m.

_____
SHERIFF - DEPUTY SHERIFF

5.      Petitioner is in an immediate and present danger of abuse by
        respondent.

Complete paragraph 6 <u>only</u> if petitioner and respondent are: Spouses; Persons
living as spouses; Perso. related by blood or marriage; or C..er persons
jointly residing in the sa    dwelling unit, who are eighteen (18) years of age or
older, or who are emancipated.



_____ 6.    .  Respondent refuses to leave from the parties' residence.  If you
            check paragraph 6, please check *one* (1) of the following:

_____A.     .Respondent is the sole owner / lessee of the parties'
            residence.

___√B.      Respondent is not the sole owner or lessee of the parties'
            residence.

WHEREFORE, PETITIONER PRAYS:

1.      That an *ex parte* Order of Protection, as provided for in Tennessee Code
        Annotated, § 36-3-606, be immediately issued refraining respondent from
        committing domestic abuse of the petitioner or threatening to commit
        domestic abuse against the petitioner and that copies of the order be
        served upon the respondent and filed with the law enforcement agencies
        of Shelby County, Tennessee;

2.      That an *ex parte* Order of Protection, as provided for in Tennessee Code
        Annotated, § 36-3-606, be immediately issued refraining respondent from
        maliciously damaging, threatening to damage, or committing acts of
        violence upon petitioner's property and that copies of the order be served
        upon the respondent and filed with the law enforcement agencies of
        Shelby County, Tennessee;

3.      That an *ex parte* Order of Protection, as provided for in Tennessee Code
        Annotated, § 36-3-606, be immediately issued prohibiting respondent
        from telephoning, contacting or otherwise communicating with the
        petitioner, directly or indirectly;

4.      That an *ex parte* Order of Protection, as provided for in Tennessee Code
        Annotated, § 36-3-606, be immediately issued prohibiting respondent
        from stalking the petitioner as defined in Tennessee Code Annotated,
        § 39-17-315;

5.      That a hearing in this cause be set for within ten (10) days pursuant to
        Tennessee Code Annotated, § 36-3-605, and that notice of the hearing
        be served upon respondent together with the Order of Protection;

6. That upon the hearing of this cause, petitioner be granted an extended Order of Protection for a period of one (1) year; (For paragraphs 7 through 9, check only if the particular paragraph is applicable.)

_____ 7. That upon the hearing of this cause, petitioner awarded temporary custody and child support of the parties' minor child(ren);

_____ 8. That upon the hearing of this cause, exclusive possession of the parties' residence be awarded to petitioner, or that respondent be ordered to provide alternate housing for petitioner, if respondent has such duty to support;

_____ 9. That respondent pay the costs and litigation tax of this cause;

10. For general relief.

_Philip F. Braswell_
PETITIONER

Revised 12/95 - Replaces any prior versions.

THIS IS THE FIRST APPLICATION FOR EXTRAORDINARY PROCESS IN THIS CAUSE.

STATE OF TENNESSE

COUNTY OF SHELBY

I, _Shelia Franks Broswell_, being first duly sworn, make oath that the petitioner has read the foregoing petition, knows the contents thereof, and that the same is true and correct to the best of the petitioner's knowledge, information, and belief.

_____
PETITIONER

Sworn to and subscribed before me this _19_ day of _April_, 19_96_.

_____
NOTARY PUBLIC OR DEPUTY CLERK

My Commission Expires:_____.

**EXHIBIT #** 9

REPORTER _KK_

DATE 12-7-05

TO: W. Mangum

**EXHIBIT #** 9/10

REPORTER _KK_

DATE 12-6-05

TO: P Washburn

I.D./EVIDENCE

EXHIBIT # __9__

WITNESS: _P. WASHburn / W. MANGum_

Identified and made a part of the record

This __11__ day of __October__, 2006

JUDGE

I.D.     EVIDENCE

P.  219/466



ᴇxʜɪʙɪᴛ # __10__

ᴡɪᴛNᴇss: __A. Snyder__

...ᴅified and made a part of the record

__10__ day of ⟨⟨signature⟩⟩ , 2004

⟨⟨signature⟩⟩

GE

p. __235__

EXHIBIT # 10

REPORTER KK

DATE 12-6-05

TO: A. Snyder

STATE OF TENNESSEE

VS. 05-03038

VERN BRASWELL

Exhibit # 11
Witness: J. GREEN
Identified and made a part of the record
this 11 day of _____ 2006

_____
Judge

p. 241

E/B 04110187

**PROPERTY WILL NOT BE ACCEPTED UNLESS ALL AVAILABLE INFORMATION IS GIVEN BELOW:**

FOUND ☐   EVIDENCE ☒   PERSONAL ☐
RECEIPT NO. 04110187   DATE 11-8-04
OFFICERS Sgt W.D. MERRITT   IBM NO. 5546
OFFICERS _____   IBM NO. _____
CAR # 1915

**DEFENDANT**

1. NAME Braswell,   Vern
   LAST   FIRST   MIDDLE
   ADDRESS ████████ ██ █  AGE 34 SEX M/B
   BOOKING # 04134630

2. NAME _____
   LAST   FIRST   MIDDLE
   ADDRESS _____   AGE ____   SEX ____
   BOOKING # _____

**CHARGES/BUREAU**

ARRESTED FOR: FIRST DEGREE MURDER
MEMO OR R.I. #: 04110023622 MF
ARTICLES:
  1 - 911 Telephone call
     From ph # 624-5176



LOCATION SEIZED:   Poplar
OR (LOC OF ARREST): _____

E-2100.269   Rev. 10/89



EXHIBIT # 11
REPORTER KK
DATE 12-6-05
TO: J. Green

# Event Chronology

Event Number:  P043100192

| Date | Time | Term | Operator | Action |
|------|------|------|----------|--------|
| 11/05/04 | 03:57:48 | ct10 | 3234 | EVENT CREATED: Location= ▮▮▮▮▮ ▮▮▮▮▮ = BRASWELL, VERN , Address= ▮▮▮ ▮▮▮▮ , Call Source= ANI/ALI , Phone Number= ▮▮▮ |
| 11/05/04 | 03:57:49 | ct10 | 3234 | EVENT UPDATED: Location= ▮▮▮▮▮ MPHS , Cross Streets= ▮▮▮▮ CREEKSIDE CIR S , Name= BRASWELL, VERN , Address= ▮▮▮ ▮▮▮▮ , Call Source= ANI/ALI , Phone Number= ▮▮▮ Agency= MPD , Group= NEAST , Beat= 827 , Status= P , Priority= 2 , ETA= 0 , Hold Type= 0 , Primary Member= 0 , Current= F , Open Current= F , Type Code= DOAC - DOA Call , SubType Code= ACTV - Active Agency= MPD , Group= NEAST , Beat= 827 , Status= A , Priority= 2 , ETA= 0 , Hold Type= 0 , Primary Member= 0 , Current= F , Open Current= F , Type Code= DOAC - DOA Call , SubType Code= ACTV - Active |
| 11/05/04 | 03:57:49 | mcad6 | 3234 | ** LOI search completed at 11/05/04 03:57:49 |
| 11/05/04 | 03:57:49 | ct10 | 3234 | EVENT COMMENT= POSS....COMP ADV HIS 32 YO WIFE IS IN THE JACUZZI UNDERWATER AND NOT BREATHING |
| 11/05/04 | 03:57:53 | ct10 | 3234 | EVENT COMMENT= FDA ENRT |

EXHIBIT # 12

REPORTER KK

DATE 12-6-05

TO: R. Coleman

| Date | Time | Term | Operator | Action |
|------|------|------|----------|--------|
| 11/05/04 | 03:58:03 | dp08 | 6295 | Unit= A867 , Status= DP , Location= ███████████ , Employee= 8145 |
| 11/05/04 | 04:00:29 | ct10 | 3234 | EVENT COMMENT= SUBJ KEEPS ADV FDA THAT HE IS AFRAID TO PULL HER HEAD OUT OF THE WATER |
| 11/05/04 | 04:04:49 | ct10 | 3234 | EVENT COMMENT= COMP IS HYSTERICAL AND SCREAMING...KEEPS PUTTING THE PH DOWN AND COMING BACK SCREAMING |
| 11/05/04 | 04:05:24 | ct10 | 3234 | EVENT COMMENT= S1 NOW ON THE SC W/SUBJ... |
| 11/05/04 | 04:05:28 | ct10 | 3234 | EVENT COMMENT= WILL BE FDA ON THE SC |
| 11/05/04 | 04:08:05 | dp08 | 6295 | Unit= A867 , Status= AR , Location= ███████████ |
| 11/05/04 | 04:26:59 | dp08 | 6295 | Unit= A806 , Status= DP , Location= ███████████ , Employee= 702 |
| 11/05/04 | 04:41:59 | stab | 7264 | Unit= A806 , Status= ~ , ███████████ , Employee= 702 |
| 11/05/04 | 04:48:37 | dp08 | 6295 | Unit= A806 , Status= AR , Location= ███████████ , Employee= 702 |
| 11/05/04 | 04:49:26 | dp08 | 6295 | CROSS REFERENCED TO EVENT= P043100220 EVENT COMMENT= ** Cross Referenced to Event # P043100220 at: 11/05/04 04:49:26 ** >>>> by: MARTHA J. NOE on terminal: dp08 |
| 11/05/04 | 04:57:36 | dp08 | 6295 | Unit= A802 , Status= DP , Location= ███████████ S , Employee= 5459 |
| 11/05/04 | 04:57:38 | dp08 | 6295 | Unit= A802 , Status= AR , Location= ███████████ , Employee= 5459 |
| 11/05/04 | 05:08:07 | gis2 | 8104 | Unit= A867 , Status= ~ , Location= ███████████ Employee= 8145 |
| 11/05/04 | 05:08:12 | dp08 | 6295 | Unit= A867 , Status= CU , Comment= Alarm Timer Extended: 0 , Location= ███████████ MPHS , Employee= 8145 |
| 11/05/04 | 05:17:58 | dp08 | 6295 | Unit= A802 , Status= AV , Employee= 5459 |
| 11/05/04 | 05:48:37 | gis2 | 8104 | Unit= A806 , Status= ~ , Location= ███████████ S , Employee= 702 |
| 11/05/04 | 05:48:40 | dp08 | 6295 | Unit= A806 , Status= CU , Comment= Alarm Timer Extended: 0 , Location= ███████████ MPHS , Employee= 702 |
| 11/05/04 | 06:11:39 | dp08 | 6295 | CROSS REFERENCED TO EVENT= W043100010 |

| Date | Time | Term | Operator | Action |
|------|------|------|----------|--------|
| | | | | EVENT COMMENT= ** Cross Referenced to Event # W043100010 at: 11/05/04 06:11:39 |
| | | | | ** >>>> by: MARTHA J. NOE on terminal: dp08 |
| 11/05/04 | 06:18:22 | wrecker | 337 | EVENT COMMENT= STRETCHER EXPRESS ADV @ 06:17 HRS |
| 11/05/04 | 06:21:33 | dp06 | 10708 | CROSS REFERENCED TO EVENT= W043100011 |
| 11/05/04 | 06:55:01 | dp08 | 6295 | Unit= A806 , Status= ER , Location= 6850 APPLING FARMS PW MPHS: @NEAST PCT , Employee= 702 |
| | | | | Unit= A806 , Status= CL , Location= 6850 APPLING FARMS PW MPHS: @NEAST PCT , Employee= 702 |
| 11/05/04 | 07:08:00 | dp08 | 6295 | Unit= A806 , Status= AR , Location= 6850 APPLING FARMS PW MPHS: @NEAST PCT , Employee= 702 |
| 11/05/04 | 07:14:27 | dp08 | 6295 | Unit= A806 , Status= AV , Employee= 702 |
| 11/05/04 | 07:43:57 | dp08 | 6295 | Agency= MPD , Group= NEAST , Beat= 827 , Status= A , Priority= 2 , ETA= 0 , Hold Type= 0 , |
| | | | | Primary Member= 0 , Current= T , Open Current= F , |
| | | | | Type Code= DOAC - DOA Call , SubType Code= ACTV - Active |
| | | | | EVENT CLOSED: |
| | | | | Unit= A867 , Status= AV , Employee= 8145 |

EXHIBIT # _12_

WITNESS: _R, Coleman_

Identified and made a part of the record

This _11_ day of _October_, 200_6_

JUDGE

P. _245_

Sketch of Shelia Braswell's body when discovered by Lt. Fred Jackson.

FRED JACKSON

12-14 2004
0918 AM

EXHIBIT # 13
REPORTER kk
DATE 12-6-05
TO: Lt. Jackson

WDM
5546

EXHIBIT # 13

WITNESS: F, JACKSON

Identified and made a part of the record

This 11 day of October , 200 6

JUDGE

P. 259



EXHIBIT # ___14___

WITNESS: ___E. TANZY_____

Identified and made a part of the record

This ___11___ day of ___October___, 2006

_____

JUDGE

P. ___278___

**EXHIBIT #** 14

REPORTER KK

DATE 12-6-05

TO: B. Tanzy



EXHIBIT # _15_

WITNESS: _B. TANZY_

Identified and made a part of the record

This _10_ day of _October_, 2006

JUDGE

P. _279_



_____ **EXHIBIT #** 15
REPORTER KK
DATE 12-6-05
TO: B. Tanzy

CRIME SCENE SKETCH

TYPE OF CASE: _DOA - unknown_      VICTIM: _Shelia BRASWELL_
LOCATION: _8152 Creekside Circle North_
DATE: _11-5-04_      R & I # : _0411002362_
OFFICERS: _D.L. Galloway # 0351  CAR # 2333_
KEY: 1 - Victim
    2 - Skyy Blue beverage bottle
    3 - Skyy Blue beverage bottle
    T - Tolict





**EXHIBIT #** 16

REPORTER _kk_

DATE 12-6-05

TO: Officer Gailoway

EXHIBIT # _16_

WITNESS; _D, GALLOWAY_

Identified and made a part of the record

This ___11___ day of __October__, 200 6

JUDGE

P. _298_





**EXHIBIT #** 17

REPORTER KK

DATE 12-6-05

TO: Officer Galloway



EXHIBIT # _____18_____

WITNESS: _____J. GALLOWAY_____

Identified and made a part of the record

This _____ day of _____, 200_

_____

JUDGE

p. _____304_____

EXHIBIT # 18

REPORTER KK

DATE 12-6-05

TO: Officer Galloway



EXHIBIT # ___19___

WITNESS: ___D. GALLOWAY___

Identified and made a part of the record

This ___ day of ___October___, 200 6

JUDGE

p. 304

EXHIBIT # 19

REPORTER kk

DATE 12-6-05
TO: Officer Galloway



EXHIBIT #  20

WITNESS:  D. Galloway

Identified and made a part of the record

This _____ day of _____ 2004

JUDGE

P. 304

**EXHIBIT #** 20

REPORTER KK

DATE 12-6-05

TO: Officer Galloway



EXHIBIT # ___21/53___

WITNESS: ___D. GALLOWAY / V. BRASWELL___

Identified and made a part of the record

This ___11___ day of ___October___, 200 6

JUDGE

P. ___304/805___



EXHIBIT # 53

REPORTER KW

DATE 12-8-05

TO: V. Braswell

EXHIBIT # 21

REPORTER KK

DATE 12-6-05

TO: Officer Galloway



EXHIBIT # _22_

WITNESS; _D. GALLOWAY_

Identified and made a part of the record

This _____ day of _October_, 200 6

_____

JUDGE

P. _304_

EXHIBIT # 22

REPORTER KK

DATE 12-6-05

TO: Officer Galloway



EXHIBIT # _23_

WITNESS: _D. GALLOWAY_

Identified and made a part of the record

This _____ day of _October_, 200 6

_____

JUDGE

P. _304_

_____ **EXHIBIT #** _23_

REPORTER KK

DATE 12-6-05

TO: Officer Galloway



EXHIBIT #  24

WITNESS;  D, GALLOWAY

Identified and made a part of the record

This ___ day of _____, 200_

JUDGE

P.   304



# E X H I B I T  # 25

## Two Bottles

RETAINED BY THE CRIMINAL COURT CLERK OF SHELBY
COUNTY TENNESSEE, UNLESS REQUESTED BY THE
CRIMINAL COURT OF APPEALS

EXHIBIT # 25

Witness: D. GALLOWAY

Identified and made a part of the record

This the 14 day of October, 2006

_____
JUDGE

Page # 308

# INTERROGATION: ADVICE OF RIGHTS

## YOUR RIGHTS

**PLACE** _201 Poplar Rm   11-20_

**DATE** _11-5-04_

**TIME** _8:50 A.M._

Before we ask you any questions you must understand your rights.
Your have the right to remain silent.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning, if you wish.

## WAIVER OF RIGHTS

I have read this statement of my rights and I understand what my rights are, I am willing to talk to you and answer questions.
I do not want a lawyer at this time.   I understand and know what I am doing.   No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

SIGNED _____   X

WITNESS _Sgt. W.D. Merritt 5546_

WITNESS _Lt. N. Via 5514_

DATE/TIME _11/5/04   8:48 a.m._

_____ **EXHIBIT #** _26_
REPORTER _KK_
DATE _12-6-05_
        TO: _Sgt. Merritt_

INTERROGACION: AVISO DE SUS DERECHOS

## SUS DERECHOS SON

LUGAR _____

FECHA _____

HORA: _____


Antes de que te hagamos algunas preguntas, debes tener conocimiento de tus derechos.

Tienes el derecho de permanecer callado.

Todo lo que digas podria ser usado en contra tuya en la Corte.

Tienes el derecho de hablarle a tu Abogado y preguntarle por algun consejo, y puedes tenerlo presente durante el interrogatorio.

Si tu no puedes pagar un Abogado, se te asignara uno en la Corte si tu lo deseas.


## RENUNCIA DE MIS DERECHOS

He leido mis derechos a que soy capaz y entiendo cuales son mis derechos, y estoy en este momento dispuesto a dar mi declaracion y contestar todas las preguntas que se me hagan, sin ninguna promesa, sin ninguna presion o amenaza que haya sido usada en contra mia.


FIRMA _____



TESTIGO _____

TESTIO _____

FECHA Y HORA _____

EXHIBIT # __26__

WITNESS; _W, Merritt_

Identified and made a part of the record

This ___ day of _____, 200__4__

_____
JUDGE

P. __335__

STATE OF TENNESSEE
VS. 05-03038
VERN BRASWELL

Exhibit # **27**
Witness: **W. MERRITT**
Identified and made a part of the record
this ___ day of ___. 20___

Judge

P. 358

050300408

**PROPERTY WILL NOT BE ACCEPTED UNLESS ALL AVAILABLE INFORMATION IS GIVEN BELOW:**

FOUND ☐   EVIDENCE ☒   PERSONAL ☐

RECEIPT NO. 050300408   DATE 3·7·05

OFFICERS Sgt WD MERRITT   IBM NO. 5546

OFFICERS _____   IBM NO. _____

CAR # 1915

~~DEFENDANT~~ Victim

1. NAME BRASWELL   Sheila
   LAST      FIRST      MIDDLE

   ADDRESS 8152 Creekside Cir N AGE ____ SEX FB

   BOOKING # _____

2. NAME _____
   LAST      FIRST      MIDDLE

   ADDRESS _____ AGE ____ SEX ____

   BOOKING # _____

**CHARGES/BUREAU**

ARRESTED FOR: _____

MEMO OR R.I. #: 011100 2362 ME

ARTICLES: _____

1· CD of Telephone

Calls Made By VERN

Braswell

LOCATION _____

OR (LOC _____

E-2100.269                    Rev. 10/89

This CD will NOT
PLAY IN A REGULAR
CD player. If you
want to listen to
this CD. LET Cliff
know about it.

Thankyou



05030043800!

**EXHIBIT #** 27

REPORTER KW
DATE 12-6-05
TO: Sgt. Merritt



# HOMICIDE WITNESS STATEMENT

| | |
|---|---|
| This is the statement of: | Vern Braswell |
| DOB: | |
| SSN: | |
| Home Address: | |
| Home Phone #: | |
| Education: | Masters Degree (University of Memphis) |
| Employed By: | Memphis City Schools (Hanley Elementary) |
| Work Address: | 680 Hanley |
| Work Phone: | 901-416-0561 |
| Occupation: | Assistant Principal |

| | |
|---|---|
| Next of Kin/Emergency Contact: | Mary Wallace |
| Home Address: | |
| Home Phone: | |
| Occupation: | Retired |
| Employment: | N/A |
| Business Phone: | N/A |
| Business Address: | N/A |

This statement is made Friday November 5, 2004 at 0922 hours in the **Homicide Office West Interview Room**, **201 Poplar, Room 11-17** to Sgt. W. D. Merritt IBM 5546 and Sgt. M. Miller IBM 5574 relative to the **Death Investigation of Shelia Braswell**, which occurred at 8152 Creekside Circle North on Friday November 5, 2004, at approximately 2:00 a.m. and which is filed under **MPD# 0411002362me.**

**Questioned by: Sgt. W. D. Merritt IBM 5546 and Sgt. M. Miller IBM 5574
Typed by: Melodye Montgomery IBM 10318**

Q:   Mr. Braswell are you the husband of Shelia Braswell?
A:   Yes.

Q:   Were you and Shelia together at [redacted] on November 5, 2004?
A:   Yes.

Q:   Was anyone else at the residence during that time?
A:   The children.

Q:   Were you and Shelia together at approximately 12:00 a.m. on November 5, 2004?
A:   Yes.

**EXHIBIT #  28**

REPORTER  KF
DATE 12-6-05
TO:  Lt. Miller

1

Q:    In your own words tell me what happened while you and Shelia were together around midnight November 5, 2004?

A:         We were in the Jacuzzi together around midnight.  Relaxing and bathing. We began getting intimate and engaged in sex.  As a result of inadequate amount of lubrication we continued sex in the bedroom and in the bed.  At approximately 1:30 a.m. we stopped and joked about who was going to let the water out of the Jacuzzi.  She commented about an aching cramping pain in her abdomen.  Then she got up and walked with a limping motion to the bathroom.  And shortly thereafter I heard in the bathroom the Jacuzzi faucet, as well as the Jacuzzi jets turn on.  At which time, or shortly thereafter, I fell asleep.  It was approximately 1:30 to 1:40 a.m.

           At approximately 3:50ish to 4:00 a.m., I noticed that she wasn't in the bed. I went to check on her and she had fallen somewhat submerged in the water.  I called 911 and Brian James as well as a host of other family and friends trying to get help.

Q:    Were the jets running when you found Shelia in the tub?

A:    Yes.

Q:    What position was Shelia resting in when you found her?

A:    She was midway between being on her side and on her back.

Q:    Was her head and face out of the water?

A:    No.

Q:    Did you move or reposition the body before the paramedics came?

A:    I stepped into to the bathtub and attempted to grab her around the waist and pull her out of the tub.  My efforts left her on the side of the tub.  Shortly thereafter the paramedics came in.  Also I noticed that the pink bath pillow was floating in the tub.  It was detached from the wall and was floating in the tub.

Q:    Did Shelia consume any alcoholic beverages during the night?

A:    Before midnight she consumed one 12 ounces SKYY blue.  While in the Jacuzzi she had another one.

Q:    Was Shelia on any medication?

A:    No, however she would occasionally take Skelaxin, Hydrocodone, or Tylenol with codeine for cramping in the joints and aching pains.

Q:    What medical problems did Shelia suffer from?

A:    She suffered from Endometriosis, as well as two complicated pregnancies, which left her with hip and leg cramps.

Q:    Has Shelia been in the hospital within the last year and if so for what?

A:    It was like mid December 2003 she had like a pseudoparalysis where she couldn't move or do anything.  We spent three days at Baptist East.  The doctor's said it *from the neck down*

2

was a Potassium deficiency.  She couldn't walk or do anything from neck down. As a result she is supposed to be taking some potassium pills but I haven't seen them.  She has complained maybe once over the summer for not being about to move or anything.

Q:   Did you ejaculate while you and Shelia were having sex?
A:   No.

Q:   Prior to today when was the last time that you and Shelia had been intimate together?
A:   On the night of November 3rd.

Q:   Were you watching TV when Shelia returned to the bathroom?
A:   Yes.

Q:   Do you remember the name of the show that was on at the time?
A:   I don't know what the name of the show that was on but I was waiting on the show Erotic Confessions to come on at 1:40 a.m. on Cinemax.

Q:   Did you attempt to remove Shelia from the tub when you discovered her?
A:   Yes, during the 911 call the operator told me numerous times to remove her from the water.  I tried lifting her and pulling but I couldn't get her out.

Q:   Is there anything else that you would like to add to this statement that would aid in this Police investigation?
A:   It wasn't uncommon for Shelia to fall asleep in the tub with the Jacuzzi jets on.

Q:   Can you read and write without the aid of eyeglasses?
A:   Yes.

Q:   Was this statement given freely and voluntarily without any promises, threats or coercion?
A:   Yes.

Q:   I am going to ask you to read this statement and if you find it to be true and correct, initial the bottom of each page and sign and date the last.  Do you understand?
A:   Yes.

_____          11/5/04   10:03am
Signature                                                              Date          Time

EXHIBIT # 28

WITNESS; *M. Miller*

Identified and made a part of the record

This _____ day of *October* , 2006

JUDGE

D. 365

STATE OF TENNESSEE

VS. 05 - 03038

VERN BRASWELL

Exhibit # 29
Witness: J. BROWN
Identified and made a part of the record
this ___ day of OCT 20__

Judge

P. 391

**EXHIBIT #** 29

REPORTER KK

DATE 12-7-05



FAX 404·378·9269

# DIVISION _5_
## STATE OF TENNESSEE

RECEIVED

NOV 30 2005

SUBPOENA COMPLIANCE GROUP

Docket # CS-03038

TO THE SHERIFF OF SHELBY COUNTY-GREETING:

You are hereby Commanded to Summon TO APPEAR + BRING DOCUMENTS

Bell South Subpoena Compliance
to appear + bring certified copies of the incoming
and outgoing local and long distance telephone
calls and subscriber information placed to and
received from telephone number 901-629-5176
from ~~Nov 4pm~~ 8:00 pm on November 4, 2004 to
5:00 am on November 5, 2004

if to be found in your County, personally to be and appear before the Judge of the Criminal Court, Division _5_ of Shelby County at a term of said Court now holding for the County of Shelby, at the Court House, in Memphis, on the _5_ day of _Dec_ 20 _05_, then and there to testify, and the truth to say, in behalf of the State of Tennessee, on bill of indictment against _____

_Vern Braswell_

for _Trial_ pending in our said Court.

This you shall in no wise omit, under penalty prescribed by law. Herein fail not, and have you then and there this writ.

Witness: **WILLIAM R. KEY**, Clerk of said Court.

At office, the third Monday in _____, 20 ____

**WILLIAM R. KEY, CLERK**

By _____ Dep. Clerk

I Hereby Order and Direct the said Clerk to issue the above Subpoenas for the above named witness _____ in behalf of the State.

Memphis __11·30__ 20 _05_

_Amy Ulrich_ Attorney-General
901·545·5948

CC7-93

@ **BELL**SOUTH

Subpoena Compliance
PO Box 54407
Atlanta, GA 30308

Tuesday, November 29, 2005

Amy Weirich
District Attorney General`s Office
201 Poplar
Suite 301
Memphis, TN 38103

RE: Subpoena #: 05-03038
BellSouth #: BST05117427
Received: 2005-11-21

Enclosed is our return of information requested in the above described subpoena.

Telephone number (90         was handled by AT&T Comm Inc. You might wish to contact them for any records they may have on their customer.

Sincerely,

Deborah Trautwein
Compliance Assistant
BellSouth Telecommunications, Inc.

## AFFIDAVIT

Personally appeared before me, the undersigned Notary Public, Deborah Trautwein, after being duly confirmed, deposes and states as follow:

1. I am a Compliance Assistant and work in the BellSouth Subpoena Compliance Center. My job duties consist of retrieving BellSouth customer telephone records responsive to legal process for such records.

2. BellSouth Telecommunications was served with a legal process on ___11/30/05___ for customer telephone records described therein. A copy of the legal process is attached.

3. The following (is) (are) responsive:

   a) Attached hereto is a true copy of the available customer records described in the legal process.
   b) Attached hereto as is a true copy of the results of our search, assembly, production, and provision of verbatim (call detail) data.
   c) No records as described in the legal document are available.

4. These records:

   a) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
   b) were kept in the course of the regularly conducted activity; and
   c) were made by the regularly conducted activity as a regular practice.

The foregoing is true and correct to the best of my knowledge and belief.

_____
BellSouth Compliance Assistant

Subscribed to and signed before me this ___30th___ day of ___November___, 2005.

_____
Notary Public
Gwinnett County, GA



**BELL**SOUTH
*TELECOMMUNICATIONS* ®

ATTN: W. D. Merritt
Memphis Police Dept Domestic V
201 Poplar Avenue   Room 1-11B
Memphis, TN  38103


       RE:   Subpoena #: fxd
             BellSouth #: BST0411S1798
             Received:  11/22/04


Date: 11/29/05

Enclosed is our return of information requested in the above described
subpoena. If you have any questions concerning this information, please
call our office at (404)986-5630.


Sincerely,


Linda Bates
BellSouth Subpoena Center
P.O. Box 54407
Atlanta, GA  30308

Subpoena #: fxd
11/29/05 10:48

BellSouth #: BST0411S1798
SUBPOENA INFORMATION FOR        (901) 824-5176

Page 1

| | Main Acct # | ████████ | Account Status: | OPEN |
|---|---|---|---|---|
| #1 | Disconnect Date: | N/A | Account Type: | RESIDENCE |
| | Billed To: | N/A | Tolls Billed To: | N/A |
| | Recurring Acct: | N/A | Multiple Lines: | N/A |
| | | | Associated Acct: | N/A |

| LISTED INFORMATION: | (NON-PUB) BRASWELL, VERN |
|---|---|
| | (OAD) |

| SERVICE | ████████████████████ |
|---|---|

| BILLING | AT&T COMM INC |
|---|---|
| | 500 NORTH POINT PKWY |
| | ROOM 1205 |
| | ALPHARETTA |
| | GA 30005-XXXX |

| CREDIT | |
|---|---|
| Credit Line: | |
| Established: | |
| Social Security: | |

Subpoena #: fxd      BellSouth #: BST0411S1798      Page 2
11/29/05 10:48      CALL DETAILS FOR      (901) 624-517b

> On an incoming call search, if the calling number is a cellular number, this is normally not the actual cellular customer's number; it is the cellular provider's trunk number. It is the trunk billing number BellSouth uses to identify calls originating from a particular cellular telephone carrier. Please contact the cellular carrier to identify the actual originating cellular telephone number. If you have questions on a carrier code, you can access the following web site for information http://davis-company.com/pic/dbsearch.html

| Number | Date | Time | Calling No. | Called No. | Duration | Answered | Carrier | Call Type | Billed No |
|---|---|---|---|---|---|---|---|---|---|
| #1 | 11/04/04 | 18:56 | 901-624-5176 | 901-384-6509 | 1 | Yes | | 001 | |
| #2 | 11/04/04 | 18:57 | 901-624-5176 | 901-230-8989 | 1 | Yes | | 001 | |
| #3 | 11/04/04 | 19:32 | 901-624-5176 | 901-384-6509 | 13 | Yes | | 001 | |
| #4 | 11/04/04 | 19:45 | 901-624-5176 | 901-737-9928 | 1 | Yes | | 001 | |
| #5 | 11/04/04 | 19:46 | 901-624-5176 | 901-553-5643 | 1 | Yes | | 001 | |
| #6 | 11/04/04 | 19:47 | 901-624-5176 | 901-774-3406 | 6 | Yes | | 001 | |
| #7 | 11/04/04 | 20:06 | 901-624-5176 | 901-774-3406 | 1 | Yes | | 001 | |
| #8 | 11/04/04 | 20:37 | 901-624-5176 | 901-432-1048 | 1 | Yes | | 001 | |
| #9 | 11/04/04 | 20:46 | 901-737-9928 | 901-624-5176 | 1 | Yes | | 001 | |
| #10 | 11/04/04 | 20:55 | 901-737-9928 | 901-624-5176 | 1 | Yes | | 001 | |
| #11 | 11/04/04 | 22:44 | 901-737-9928 | 901-624-5176 | 2 | Yes | | 001 | |
| #12 | 11/05/04 | 04:05 | 901-753-1562 | 901-624-5176 | 1 | Yes | | 001 | |
| #13 | 11/05/04 | 04:14 | 901-624-5176 | 901-373-3883 | 1 | Yes | | 001 | |
| #14 | 11/05/04 | 04:18 | 901-301-9996 | 901-624-5176 | 2 | Yes | | 066 | |
| #15 | 11/05/04 | 04:29 | 901-458-0958 | 901-624-5176 | 1 | Yes | | 001 | |
| #16 | 11/05/04 | 04:33 | 901-624-5176 | 901-737-6100 | 1 | Yes | | 001 | |
| #17 | 11/05/04 | 04:34 | 901-624-5176 | 901-367-2961 | 2 | Yes | | 001 | |
| #18 | 11/05/04 | 07:43 | 901-384-6509 | 901-624-5176 | 10 | Yes | | 001 | |
| #19 | 11/05/04 | 07:45 | 901-396-1623 | 901-624-5176 | 2 | Yes | | 001 | |
| #20 | 11/05/04 | 07:50 | 901-301-9996 | 901-624-5176 | 2 | Yes | | 066 | |
| #21 | 11/05/04 | 07:59 | 901-367-3300 | 901-624-5176 | 1 | Yes | 0183 | 119 | |
| #22 | 11/05/04 | 08:09 | 901-372-5031 | 901-624-5176 | 2 | Yes | | 001 | |
| #23 | 11/05/04 | 08:12 | 901-301-9996 | 901-624-5176 | 3 | Yes | | 066 | |
| #24 | 11/05/04 | 08:15 | 901-624-5176 | 901-774-3406 | 1 | Yes | | 001 | |
| #25 | 11/05/04 | 08:20 | 901-624-5176 | 901-351-9075 | 1 | Yes | | 001 | |
| #26 | 11/05/04 | 08:22 | 901-624-5176 | 901-458-0958 | 1 | Yes | | 001 | |
| #27 | 11/05/04 | 08:24 | 901-257-3422 | 901-624-5176 | 1 | Yes | | 001 | |
| #28 | 11/05/04 | 08:25 | 901-624-5176 | 901-873-4011 | 8 | Yes | | 001 | |
| #29 | 11/05/04 | 08:57 | 901-624-5176 | 901-380-8181 | 1 | Yes | | 001 | |
| #30 | 11/05/04 | 08:58 | 901-624-5176 | 901-380-8181 | 4 | Yes | | 001 | |
| #31 | 11/05/04 | 09:02 | 901-624-5176 | 901-533-6850 | 1 | Yes | | 001 | |
| #32 | 11/05/04 | 09:09 | 901-624-5176 | 901-603-6650 | 2 | Yes | | 001 | |
| #33 | 11/05/04 | 09:17 | 901-624-5176 | 901-344-9065 | 4 | Yes | | 001 | |
| #34 | 11/05/04 | 09:21 | 901-624-5176 | 901-331-4385 | 1 | Yes | | 001 | |
| #35 | 11/05/04 | 09:28 | 901-624-5176 | 901-766-4199 | 1 | Yes | | 001 | |
| #36 | 11/05/04 | 09:29 | 901-277-9799 | 901-624-5176 | 2 | Yes | | 066 | |
| #37 | 11/05/04 | 09:40 | 901-624-5176 | 901-795-1300 | 1 | Yes | | 001 | |
| #38 | 11/05/04 | 09:47 | 901-624-5176 | 901-873-4011 | 7 | Yes | | 001 | |
| #39 | 11/05/04 | 09:55 | 901-848-0370 | 901-624-5176 | 1 | Yes | AT&T | 119 | |
| #40 | 11/05/04 | 09:58 | 901-848-0370 | 901-624-5176 | 3 | Yes | AT&T | 119 | |
| #41 | 11/05/04 | 10:02 | 901-301-9996 | 901-624-5176 | 1 | Yes | | 066 | |
| #42 | 11/05/04 | 10:13 | 901-624-5176 | 901-482-0631 | 4 | Yes | | 001 | |
| #43 | 11/05/04 | 10:16 | 901-452-1595 | 901-624-5176 | 1 | Yes | | 001 | |
| #44 | 11/05/04 | 10:17 | 901-624-5176 | 901-830-7942 | 3 | Yes | | 001 | |
| #45 | 11/05/04 | 10:25 | 901-888-0000 | 901-624-5176 | 1 | Yes | 5119 | 720 | |
| #46 | 11/05/04 | 10:35 | 901-448-5500 | 901-624-5176 | 2 | Yes | 5230 | 119 | |
| #47 | 11/05/04 | 10:57 | 901-624-5176 | 901-775-3755 | 1 | Yes | | 001 | |
| #48 | 11/05/04 | 11:26 | 901-574-1997 | 901-624-5176 | 1 | Yes | | 066 | |

| Number | Date | Time | Calling No. | Called No. | Duration | Answered | Carrier | Call Type | Billed No |
|--------|------|------|-------------|------------|----------|----------|---------|-----------|-----------|
| #49 | 11/05/04 | 11:41 | 901-624-5176 | 901-774-3406 | 2 | Yes | | 001 | |
| #50 | 11/05/04 | 12:05 | 901-624-5176 | 901-774-3406 | 4 | Yes | | 001 | |
| #51 | 11/05/04 | 12:12 | 901-624-5176 | 901-596-6989 | 1 | Yes | | 001 | |
| #52 | 11/05/04 | 12:30 | 901-624-5176 | 901-774-3406 | 1 | Yes | | 001 | |
| #53 | 11/05/04 | 13:05 | 901-624-5176 | 901-331-0804 | 1 | Yes | | 001 | |
| #54 | 11/05/04 | 13:05 | 901-624-5176 | 901-416-6103 | 1 | Yes | | 001 | |
| #55 | 11/05/04 | 13:06 | 901-624-5176 | 901-416-6103 | 1 | Yes | | 001 | |
| #56 | 11/05/04 | 13:12 | 901-301-9996 | 901-624-5176 | 2 | Yes | | 066 | |
| #57 | 11/05/04 | 13:15 | 901-624-5176 | 901-416-6103 | 1 | Yes | | 001 | |
| #58 | 11/05/04 | 13:16 | 605-275-7155 | 901-624-5176 | 1 | Yes | 0444 | 119 | |
| #59 | 11/05/04 | 13:16 | 901-624-5176 | 901-795-7544 | 1 | Yes | | 001 | |
| #60 | 11/05/04 | 13:17 | 901-624-5176 | 901-795-7544 | 1 | Yes | | 001 | |
| #61 | 11/05/04 | 13:20 | 901-624-5176 | 901-331-4313 | 1 | Yes | | 001 | |
| #62 | 11/05/04 | 13:21 | 901-624-5176 | 901-795-7544 | 1 | Yes | | 001 | |
| #63 | 11/05/04 | 13:25 | 901-624-5176 | 901-416-6103 | 4 | Yes | | 001 | |
| #64 | 11/05/04 | 13:30 | 901-624-5176 | 901-576-7376 | 1 | Yes | | 001 | |
| #65 | 11/05/04 | 13:31 | 901-624-5176 | 901-553-6635 | 1 | Yes | | 001 | |
| #66 | 11/05/04 | 13:34 | 901-624-5176 | 901-859-5304 | 1 | Yes | | 001 | |
| #67 | 11/05/04 | 13:38 | 901-624-5176 | 901-218-7644 | 1 | Yes | | 001 | |
| #68 | 11/05/04 | 13:41 | 901-278-7039 | 901-624-5176 | 1 | Yes | | 001 | |
| #69 | 11/05/04 | 13:50 | 901-624-5176 | 901-795-7544 | 2 | Yes | | 001 | |
| #70 | 11/05/04 | 13:52 | 901-624-5176 | 901-503-9017 | 2 | Yes | | 001 | |
| #71 | 11/05/04 | 13:59 | 901-753-1562 | 901-624-5176 | 3 | Yes | | 001 | |
| #72 | 11/05/04 | 14:25 | 901-624-5176 | 901-795-7544 | 1 | Yes | | 001 | |
| #73 | 11/05/04 | 14:31 | 901-624-5176 | 901-774-3406 | 1 | Yes | | 001 | |
| #74 | 11/05/04 | 15:12 | 901-624-5176 | 901-416-0523 | 1 | Yes | | 001 | |
| #75 | 11/05/04 | 15:13 | 901-624-5176 | 901-416-0526 | 34 | Yes | | 001 | |
| #76 | 11/05/04 | 15:44 | 901-526-2181 | 901-624-5176 | 1 | Yes | | 001 | |
| #77 | 11/05/04 | 15:55 | 901-624-5176 | 901-383-2285 | 1 | Yes | | 001 | |
| #78 | 11/05/04 | 15:58 | 901-624-5176 | 901-596-6989 | 1 | Yes | | 001 | |
| #79 | 11/05/04 | 16:02 | 901-624-5176 | 901-383-2285 | 1 | Yes | | 001 | |
| #80 | 11/05/04 | 16:06 | 901-624-5176 | 901-383-2079 | 4 | Yes | | 001 | |
| #81 | 11/05/04 | 16:21 | 901-278-7039 | 901-624-5176 | 2 | Yes | | 001 | |
| #82 | 11/05/04 | 16:43 | 901-624-5176 | 901-873-4011 | 1 | Yes | | 001 | |
| #83 | 11/05/04 | 16:44 | 901-624-5176 | 901-412-1832 | 1 | Yes | | 001 | |
| #84 | 11/05/04 | 16:46 | 901-624-5176 | 901-452-1595 | 3 | Yes | | 001 | |
| #85 | 11/05/04 | 18:30 | 901-624-5176 | 901-324-5700 | 2 | Yes | | 001 | |
| #86 | 11/05/04 | 18:32 | 901-277-9799 | 901-624-5176 | 1 | Yes | | 066 | |
| #87 | 11/05/04 | 18:43 | 901-624-5176 | 901-774-3406 | 1 | Yes | | 001 | |
| #88 | 11/05/04 | 19:24 | 901-624-5176 | 817-944-5025 | 1 | Yes | AT&T | 110 | |
| #89 | 11/05/04 | 19:25 | 901-624-5176 | 901-363-5186 | 1 | Yes | | 001 | |
| #90 | 11/05/04 | 19:27 | 972-219-1413 | 901-624-5176 | 6 | Yes | MCI | 119 | |
| #91 | 11/05/04 | 19:34 | 901-624-5176 | 901-272-1390 | 1 | Yes | | 001 | |
| #92 | 11/05/04 | 19:34 | 901-624-5176 | 901-281-7317 | 1 | Yes | | 001 | |
| #93 | 11/05/04 | 19:50 | 901-624-5176 | 901-485-3923 | 4 | Yes | | 001 | |
| #94 | 11/05/04 | 20:32 | 901-753-1562 | 901-624-5176 | 1 | Yes | | 001 | |
| #95 | 11/05/04 | 21:07 | 901-354-8969 | 901-624-5176 | 2 | Yes | | 001 | |
| #96 | 11/05/04 | 22:45 | 831-394-1601 | 901-624-5176 | 0 | NO | | 119 | |

M O B I                    901  _4 5176 369    12 / 13 / 04                      CSR DISPLAY

 901-624-5176 369    BILL DATE 12-13-04
                                                                         PAGE     1
                              CUSTOMER SERVICE RECORD                     FORM 9145
EXCH CL SVC SVC ESTB. PRINTED    SLA    DPA         PF        NPA CO  LINE   CUST
MPGT UEPRX  11-11-03  12-13-04                               901 624-5176  369

QUAN  USOC DESCRIPTION OF SERVICE OR EQUIPMENT    BTC  TOTAL REVENUE  EFF DATE
           PREVIOUS CSR MICROFICHED ON 12-13-03
      (SVC CDE 1S)
      PDN   MS99


      NP    (NON-PUB) BRASWELL, VERN
      LA    (OAD)
      SA    ███████████████████
      ██   ██

12/01/2005    09:53    4043769428    3    17045474527    NO. 572    P009

M O B I          ■  ████████        12 / 13 / 04                    CSR DISPLAY

DDA    VERN BRASWELL

████████ ██ ████████

DEL    A1, B1, C1

---BILL
BN1    AT&T COMM INC
BA2    500 NORTH POINT PKWY
BA3    ROOM 1205
PO     ALPHARETTA GA    30005

*Contact for Other records*

@ **BELL**SOUTH

# Call Detail/Toll Records:
# BST05117427

CALL DETAILS FOR TARGET NUMBER: ███████

| # | Call Date | Call Time | Calling Number | Called Number | Call Duration | Answd | Carrier | Call Type | Billed Number | Srvc Feat |
|---|-----------|-----------|----------------|---------------|---------------|-------|---------|-----------|---------------|-----------|
| #1 | 11/04/04 | 18:56:20c | 901-624-5176 | 901-384-6509 | 0:03.8 | Yes | | 001 | | |
| #2 | 11/04/04 | 18:57:04c | 901-624-5176 | 901-230-8989 | 0:24.9 | Yes | | 001 | | |
| #3 | 11/04/04 | 18:57:46c | 901-624-5176 | 901-230-8989 | 33:54.0 | Yes | | 001 | | |
| #4 | 11/04/04 | 19:32:20c | 901-624-5176 | 901-384-6509 | 12:49.7 | Yes | | 001 | | |
| #5 | 11/04/04 | 19:45:46c | 901-624-5176 | 901-737-9928 | 0:09.8 | Yes | | 001 | | |
| #6 | 11/04/04 | 19:46:08c | 901-624-5176 | 901-553-5643 | 1:07.4 | Yes | | 001 | | |
| #7 | 11/04/04 | 19:47:40c | 901-624-5176 | 901-774-3406 | 5:52.7 | Yes | | 001 | | |
| #8 | 11/04/04 | 20:06:25c | 901-624-5176 | 901-774-3406 | 0:15.7 | Yes | | 001 | | |
| #9 | 11/04/04 | 20:37:05c | 901-624-5176 | 901-432-1048 | 0:40.2 | Yes | | 001 | | |
| #10 | 11/04/04 | 20:46:06c | 901-737-9928 | 901-624-5176 | 0:05.5 | Yes | | 001 | | |
| #11 | 11/04/04 | 20:46:39c | 901-737-9928 | 901-624-5176 | 0:06.1 | Yes | | 001 | | |
| #12 | 11/04/04 | 20:55:12c | 901-737-9928 | 901-624-5176 | 0:28.2 | Yes | | 001 | | |
| #13 | 11/04/04 | 22:44:56c | 901-737-9928 | 901-624-5176 | 1:37.7 | Yes | | 001 | | |
| #14 | 11/05/04 | 04:05:53c | 901-753-1562 | 901-624-5176 | 0:15.3 | Yes | | 001 | | |
| #15 | 11/05/04 | 04:14:09c | 901-624-5176 | 901-373-3883 | 1:28.9 | Yes | | 001 | | |
| #16 | 11/05/04 | 04:18:00c | 901-301-9996 | 901-624-5176 | 2:05.0 | Yes | | 066 | | 023 |
| #17 | 11/05/04 | 04:29:54c | 901-458-0958 | 901-624-5176 | 0:28.1 | Yes | | 001 | | |
| #18 | 11/05/04 | 04:33:44c | 901-624-5176 | 901-737-6100 | 0:03.9 | Yes | | 001 | | |
| #19 | 11/05/04 | 04:34:11c | 901-624-5176 | 901-367-2961 | 1:35.9 | Yes | | 001 | | |
| #20 | 11/05/04 | 07:43:45c | 901-384-6509 | 901-624-5176 | 9:57.6 | Yes | | 001 | | |
| #21 | 11/05/04 | 07:45:20c | 901-396-1623 | 901-624-5176 | 1:32.0 | Yes | | 001 | | |
| #22 | 11/05/04 | 07:50:38c | 901-301-9996 | 901-624-5176 | 2:13.2 | Yes | | 066 | | 023 |
| #23 | 11/05/04 | 07:59:16c | 901-367-3300 | 901-624-5176 | 1:05.6 | Yes | WUA | 119 | | |
| #24 | 11/05/04 | 08:09:29c | 901-372-5031 | 901-624-5176 | 2:02.6 | Yes | | 001 | | |
| #25 | 11/05/04 | 08:12:14c | 901-301-9996 | 901-624-5176 | 2:56.2 | Yes | | 066 | | 023 |
| #26 | 11/05/04 | 08:15:44c | 901-624-5176 | 901-774-3406 | 0:54.7 | Yes | | 001 | | |
| #27 | 11/05/04 | 08:20:25c | 901-624-5176 | 901-351-9075 | 0:25.2 | Yes | | 001 | | |
| #28 | 11/05/04 | 08:22:45c | 901-624-5176 | 901-458-0958 | 0:08.5 | Yes | | 001 | | |
| #29 | 11/05/04 | 08:24:52c | 901-257-3422 | 901-624-5176 | 0:36.0 | Yes | | 001 | | |
| #30 | 11/05/04 | 08:25:56c | 901-624-5176 | 901-873-4011 | 7:51.9 | Yes | | 001 | | |
| #31 | 11/05/04 | 08:57:00c | 901-624-5176 | 901-380-8181 | 0:54.6 | Yes | | 001 | | |
| #32 | 11/05/04 | 08:58:12c | 901-624-5176 | 901-380-8181 | 3:41.5 | Yes | | 001 | | |
| #33 | 11/05/04 | 09:02:12c | 901-624-5176 | 901-533-6850 | 0:24.0 | Yes | | 001 | | |
| #34 | 11/05/04 | 09:09:36c | 901-624-5176 | 901-603-6650 | 2:04.8 | Yes | | 001 | | |
| #35 | 11/05/04 | 09:17:13c | 901-624-5176 | 901-344-9065 | 3:44.1 | Yes | | 001 | | |
| #36 | 11/05/04 | 09:21:24c | 901-624-5176 | 901-331-4385 | 0:18.8 | Yes | | 001 | | |
| #37 | 11/05/04 | 09:28:17c | 901-624-5176 | 901-766-4199 | 0:08.7 | Yes | | 001 | | |
| #38 | 11/05/04 | 09:29:14c | 901-277-9799 | 901-624-5176 | 1:34.2 | Yes | | 066 | | 023 |
| #39 | 11/05/04 | 09:40:21c | 901-624-5176 | 901-795-1300 | 0:35.4 | Yes | | 001 | | |
| #40 | 11/05/04 | 09:47:04c | 901-624-5176 | 901-873-4011 | 7:24.5 | Yes | | 001 | | |
| #41 | 11/05/04 | 09:55:30c | 901-848-0370 | 901-624-5176 | 0:46.3 | Yes | AT&T | 119 | | |
| #42 | 11/05/04 | 09:58:31c | 901-848-0370 | 901-624-5176 | 2:44.2 | Yes | AT&T | 119 | | |
| #43 | 11/05/04 | 10:02:29c | 901-301-9996 | 901-624-5176 | 0:01.5 | Yes | | 066 | | 023 |
| #44 | 11/05/04 | 10:13:28c | 901-624-5176 | 901-482-0631 | 3:33.3 | Yes | | 001 | | |
| #45 | 11/05/04 | 10:16:11c | 901-452-1595 | 901-624-5176 | 0:10.6 | Yes | | 001 | | |

⊚ **BELL**SOUTH

# Call Detail/Toll Records: BST05117427

CALL DETAILS FOR TARGET NUMBER: ▮▮▮▮▮▮

| # | Call Date | Call Time | Calling Number | Called Number | Call Duration | Answd | Carrier | Call Type | Billed Number | Srvc Feat |
|---|---|---|---|---|---|---|---|---|---|---|
| #46 11/05/04 | 10:16:52c | 901-452-1595 | 901-624-5176 | 0:14.3 | Yes | | 001 | | |
| #47 11/05/04 | 10:17:50c | 901-624-5176 | 901-830-7942 | 2:46.1 | Yes | | 001 | | |
| #48 11/05/04 | 10:25:26c | 901-888-0000 | 901-624-5176 | 0:30.6 | Yes | TQW | 720 | | |
| #49 11/05/04 | 10:35:51c | 901-448-5500 | 901-624-5176 | 1:35.1 | Yes | UHC | 119 | | |
| #50 11/05/04 | 10:57:42c | 901-624-5176 | 901-775-3755 | 0:10.9 | Yes | | 001 | | |
| #51 11/05/04 | 11:26:57c | 901-574-1997 | 901-624-5176 | 0:35.7 | Yes | | 066 | | 023 |
| #52 11/05/04 | 11:41:48c | 901-624-5176 | 901-774-3406 | 2:00.2 | Yes | | 001 | | |
| #53 11/05/04 | 12:05:29c | 901-624-5176 | 901-774-3406 | 4:26.2 | Yes | | 001 | | |
| #54 11/05/04 | 12:12:11c | 901-624-5176 | 901-596-6989 | 0:40.7 | Yes | | 001 | | |
| #55 11/05/04 | 12:30:53c | 901-624-5176 | 901-774-3406 | 0:09.8 | Yes | | 001 | | |
| #56 11/05/04 | 13:05:00c | 901-624-5176 | 901-416-6103 | 0:03.6 | Yes | | 001 | | |
| #57 11/05/04 | 13:05:16c | 901-624-5176 | 901-331-0804 | 0:03.2 | Yes | | 001 | | |
| #58 11/05/04 | 13:06:20c | 901-624-5176 | 901-416-6103 | 0:31.9 | Yes | | 001 | | |
| #59 11/05/04 | 13:12:59c | 901-301-9996 | 901-624-5176 | 1:40.9 | Yes | | 066 | | 023 |
| #60 11/05/04 | 13:15:21c | 901-624-5176 | 901-416-6103 | 0:07.3 | Yes | | 001 | | |
| #61 11/05/04 | 13:16:01c | 605-275-7155 | 901-624-5176 | 0:20.4 | Yes | ALN | 119 | | |
| #62 11/05/04 | 13:16:38c | 901-624-5176 | 901-795-7544 | 0:33.1 | Yes | | 001 | | |
| #63 11/05/04 | 13:17:50c | 901-624-5176 | 901-795-7544 | 0:48.4 | Yes | | 001 | | |
| #64 11/05/04 | 13:20:56c | 901-624-5176 | 901-331-4313 | 0:50.9 | Yes | | 001 | | |
| #65 11/05/04 | 13:21:59c | 901-624-5176 | 901-795-7544 | 0:45.5 | Yes | | 001 | | |
| #66 11/05/04 | 13:25:44c | 901-624-5176 | 901-416-6103 | 4:12.2 | Yes | | 001 | | |
| #67 11/05/04 | 13:30:25c | 901-624-5176 | 901-576-7376 | 0:14.5 | Yes | | 001 | | |
| #68 11/05/04 | 13:31:09c | 901-624-5176 | 901-553-6635 | 0:16.6 | Yes | | 001 | | |
| #69 11/05/04 | 13:34:50c | 901-624-5176 | 901-859-5304 | 0:39.6 | Yes | | 001 | | |
| #70 11/05/04 | 13:38:13c | 901-624-5176 | 901-218-7644 | 1:24.2 | Yes | | 001 | | |
| #71 11/05/04 | 13:41:32c | 901-278-7039 | 901-624-5176 | 1:01.8 | Yes | | 001 | | |
| #72 11/05/04 | 13:50:14c | 901-624-5176 | 901-795-7544 | 2:08.3 | Yes | | 001 | | |
| #73 11/05/04 | 13:52:46c | 901-624-5176 | 901-503-9017 | 1:32.4 | Yes | | 001 | | |
| #74 11/05/04 | 13:59:21c | 901-753-1562 | 901-624-5176 | 2:36.7 | Yes | | 001 | | |
| #75 11/05/04 | 14:25:00c | 901-624-5176 | 901-795-7544 | 0:52.4 | Yes | | 001 | | |
| #76 11/05/04 | 14:31:22c | 901-624-5176 | 901-774-3406 | 1:01.4 | Yes | | 001 | | |
| #77 11/05/04 | 15:12:20c | 901-624-5176 | 901-416-0523 | 0:13.5 | Yes | | 001 | | |
| #78 11/05/04 | 15:13:03c | 901-624-5176 | 901-416-0526 | 33:42.3 | Yes | | 001 | | |
| #79 11/05/04 | 15:44:10c | 901-526-2181 | 901-624-5176 | 0:44.3 | Yes | | 001 | | |
| #80 11/05/04 | 15:55:54c | 901-624-5176 | 901-383-2285 | 0:53.0 | Yes | | 001 | | |
| #81 11/05/04 | 15:58:18c | 901-624-5176 | 901-596-6989 | 0:51.8 | Yes | | 001 | | |
| #82 11/05/04 | 16:02:03c | 901-624-5176 | 901-383-2285 | 1:25.5 | Yes | | 001 | | |
| #83 11/05/04 | 16:06:09c | 901-624-5176 | 901-383-2079 | 3:59.6 | Yes | | 001 | | |
| #84 11/05/04 | 16:21:35c | 901-278-7039 | 901-624-5176 | 2:27.1 | Yes | | 001 | | |
| #85 11/05/04 | 16:43:59c | 901-624-5176 | 901-873-4011 | 0:04.5 | Yes | | 001 | | |
| #86 11/05/04 | 16:44:23c | 901-624-5176 | 901-412-1832 | 1:25.1 | Yes | | 001 | | |
| #87 11/05/04 | 16:46:30c | 901-624-5176 | 901-452-1595 | 3:11.1 | Yes | | 001 | | |
| #88 11/05/04 | 18:30:28c | 901-624-5176 | 901-324-5700 | 1:54.0 | Yes | | 001 | | |
| #89 11/05/04 | 18:32:50c | 901-277-9799 | 901-624-5176 | 0:41.3 | Yes | | 066 | | 023 |
| #90 11/05/04 | 18:43:17c | 901-624-5176 | 901-774-3406 | 0:33.5 | Yes | | 001 | | |

⊕ **BELL**SOUTH

# Call Detail/Toll Records:
## BST05117427

CALL DETAILS FOR TARGET NUMBER

| # | Call Date | Call Time | Calling Number | Called Number | Call Duration | Answd | Carrier | Call Type | Billed Number | Srvc Feat |
|---|-----------|-----------|----------------|---------------|---------------|-------|---------|-----------|---------------|-----------|
| #91 | 11/05/04 | 19:24:23c | 901-624-5176 | 817-944-5025 | 0:30.3 | Yes | AT&T | 110 | | |
| #92 | 11/05/04 | 19:25:15c | 901-624-5176 | 901-363-5186 | 0:46.0 | Yes | | 001 | | |
| #93 | 11/05/04 | 19:27:12c | 972-219-1413 | 901-624-5176 | 6:15.9 | Yes | MCI | 119 | | |
| #94 | 11/05/04 | 19:34:06c | 901-624-5176 | 901-272-1390 | 0:24.2 | Yes | | 001 | | |
| #95 | 11/05/04 | 19:34:54c | 901-624-5176 | 901-281-7317 | 0:29.1 | Yes | | 001 | | |
| #96 | 11/05/04 | 19:50:43c | 901-624-5176 | 901-485-3923 | 3:31.6 | Yes | | 001 | | |
| #97 | 11/05/04 | 20:32:43c | 901-753-1562 | 901-624-5176 | 0:30.2 | Yes | | 001 | | |
| #98 | 11/05/04 | 21:07:51c | 901-354-8969 | 901-624-5176 | 1:43.5 | Yes | | 001 | | |
| #99 | 11/05/04 | 22:45:21c | 831-394-1601 | 901-624-5176 | 0:00.0 | No | | 119 | | |

Call Codes:

001 Detailed Message Rate, Timed, with MBI
066 Cellular Mobile Carrier (CMC) Terminating Type 2A
110 InterLATA Station Paid
119 Terminating Access Record
720 Connecting Network Access Incoming Record

Service Features:

023 Cellular Mobile Carrier - Type 2A

Carriers:

0183 WUA MCI Metro {MCIWorldCom}
0222 MCI MCIWorldCom
0288 AT&T AT&T Communications
0444 ALN Global Crossing Telecommunications, Inc.
5119 TQW XO Communications, Inc.
5230 UHC US LEC of North Carolina, L.L.C.

**@ BELL**SOUTH

M O B I             ▮▮▮   ▮▮▮▮▮    12 / 13 / 04        CSR DISPLAY

▮▮▮▮▮▮▮▮    BILL DATE 12-13-04

                                                              PAGE     1

                     CUSTOMER SERVICE RECORD            FORM 9145

EXCH CL SVC SVC ESTB. PRINTED    SLA    DPA        PF       NPA CO   LINE   CUST
MPGT UEPRX   11-11-03   12-13-04                           901 624-5176   369

QUAN    USOC DESCRIPTION OF SERVICE OR EQUIPMENT    BTC   TOTAL REVENUE   EFF DATE
         PREVIOUS CSR MICROFICHED ON 12-13-03
      (SVC CDE 1S)
      PDN    MS99


      NP      (NON-PUB) BRASWELL, VERN
      LA      (OAD)
      SA     ▮▮▮▮▮▮▮▮   ▮▮   ▮▮▮▮
      ▮▮▮   ▮▮▮▮

M O B I     ■ ■ ■     12 / 13 / 04       CSR DISPLAY

```
DDA    VERN BRASWELL
       8152 N CREEKSIDE CIR
       CORDOVA   TN   38018
DEL    A1, B1, C1

---BILL
BN1    AT&T COMM INC
BA2    500 NORTH POINT PKWY
BA3    ROOM 1205
PO     ALPHARETTA GA   30005
```

Contact for
Other record

@ **BELL**SOUTH

# Call Detail/Toll Records:
# BST05117427

CALL DETAILS FOR TARGET NUMBER: ▓▓▓▓

| # | Call Date | Call Time | Calling Number | Called Number | Call Duration | Answd | Carrier | Call Type | Billed Number | Srvc Feat |
|---|-----------|-----------|----------------|---------------|---------------|-------|---------|-----------|---------------|-----------|
| #1 | 11/04/04 | 18:56:20c | 901-624-5176 | 901-384-6509 | 0:03.8 | Yes | | 001 | | |
| #2 | 11/04/04 | 18:57:04c | 901-624-5176 | 901-230-8989 | 0:24.9 | Yes | | 001 | | |
| #3 | 11/04/04 | 18:57:46c | 901-624-5176 | 901-230-8989 | 33:54.0 | Yes | | 001 | | |
| #4 | 11/04/04 | 19:32:20c | 901-624-5176 | 901-384-6509 | 12:49.7 | Yes | | 001 | | |
| #5 | 11/04/04 | 19:45:46c | 901-624-5176 | 901-737-9928 | 0:03.8 | Yes | | 001 | | |
| #6 | 11/04/04 | 19:46:08c | 901-624-5176 | 901-553-5643 | 1:07.4 | Yes | | 001 | | |
| #7 | 11/04/04 | 19:47:40c | 901-624-5176 | 901-774-3406 | 5:52.7 | Yes | | 001 | | |
| #8 | 11/04/04 | 20:06:25c | 901-624-5176 | 901-774-3406 | 0:15.7 | Yes | | 001 | | |
| #9 | 11/04/04 | 20:37:05c | 901-624-5176 | 901-432-1048 | 0:40.2 | Yes | | 001 | | |
| #10 | 11/04/04 | 20:46:06c | 901-737-9928 | 901-624-5176 | 0:05.5 | Yes | | 001 | | |
| #11 | 11/04/04 | 20:46:39c | 901-737-9928 | 901-624-5176 | 0:06.1 | Yes | | 001 | | |
| #12 | 11/04/04 | 20:55:12c | 901-737-9928 | 901-624-5176 | 0:28.2 | Yes | | 001 | | |
| #13 | 11/04/04 | 22:44:56c | 901-737-9928 | 901-624-5176 | 1:37.7 | Yes | | 001 | | |
| #14 | 11/05/04 | 04:05:53c | 901-753-1562 | 901-624-5176 | 0:15.3 | Yes | | 001 | | |
| #15 | 11/05/04 | 04:14:09c | 901-624-5176 | 901-373-3883 | 1:28.9 | Yes | | 001 | | |
| #16 | 11/05/04 | 04:18:00c | 901-301-9996 | 901-624-5176 | 2:05.0 | Yes | | 066 | | 023 |
| #17 | 11/05/04 | 04:29:54c | 901458-0958 | 901-624-5176 | 0:28.1 | Yes | | 001 | | |
| #18 | 11/05/04 | 04:33:44c | 901-624-5176 | 901-737-6100 | 0:03.9 | Yes | | 001 | | |
| #19 | 11/05/04 | 04:34:11c | 901-624-5176 | 901-367-2961 | 1:35.9 | Yes | | 001 | | |
| #20 | 11/05/04 | 07:43:45c | 901-384-6509 | 901-624-5176 | 9:57.6 | Yes | | 001 | | |
| #21 | 11/05/04 | 07:45:20c | 901-396-1623 | 901-624-5176 | 1:32.0 | Yes | | 001 | | |
| #22 | 11/05/04 | 07:50:38c | 901-301-9996 | 901-624-5176 | 2:13.2 | Yes | | 066 | | 023 |
| #23 | 11/05/04 | 07:59:16c | 901-367-3300 | 901-624-5176 | 1:05.6 | Yes | WUA | 119 | | |
| #24 | 11/05/04 | 08:09:29c | 901-372-5031 | 901-624-5176 | 2:02.6 | Yes | | 001 | | |
| #25 | 11/05/04 | 08:12:14c | 901-301-9996 | 901-624-5176 | 2:56.2 | Yes | | 066 | | 023 |
| #26 | 11/05/04 | 08:15:44c | 901-624-5176 | 901-774-3406 | 0:54.7 | Yes | | 001 | | |
| #27 | 11/05/04 | 08:20:25c | 901-624-5176 | 901-351-9075 | 0:25.2 | Yes | | 001 | | |
| #28 | 11/05/04 | 08:22:45c | 901-624-5176 | 901-458-0958 | 0:08.5 | Yes | | 001 | | |
| #29 | 11/05/04 | 08:24:52c | 901-257-3422 | 901-624-5176 | 0:36.0 | Yes | | 001 | | |
| #30 | 11/05/04 | 08:25:56c | 901-624-5176 | 901-873-4011 | 7:51.9 | Yes | | 001 | | |
| #31 | 11/05/04 | 08:57:00c | 901-624-5176 | 901-380-8181 | 0:54.6 | Yes | | 001 | | |
| #32 | 11/05/04 | 08:58:12c | 901-624-5176 | 901-380-8181 | 3:41.5 | Yes | | 001 | | |
| #33 | 11/05/04 | 09:02:12c | 901-624-5176 | 901-533-6850 | 0:24.0 | Yes | | 001 | | |
| #34 | 11/05/04 | 09:09:36c | 901-624-5176 | 901-603-6650 | 2:04.8 | Yes | | 001 | | |
| #35 | 11/05/04 | 09:17:13c | 901-624-5176 | 901-344-9065 | 3:44.1 | Yes | | 001 | | |
| #36 | 11/05/04 | 09:21:24c | 901-624-5176 | 901-331-4385 | 0:18.8 | Yes | | 001 | | |
| #37 | 11/05/04 | 09:28:17c | 901-624-5176 | 901-766-4199 | 0:08.7 | Yes | | 001 | | |
| #38 | 11/05/04 | 09:29:14c | 901-277-9799 | 901-624-5176 | 1:34.2 | Yes | | 066 | | 023 |
| #39 | 11/05/04 | 09:40:21c | 901-624-5176 | 901-795-1300 | 0:35.4 | Yes | | 001 | | |
| #40 | 11/05/04 | 09:47:04c | 901-624-5176 | 901-873-4011 | 7:24.5 | Yes | | 001 | | |
| #41 | 11/05/04 | 09:55:30c | 901-848-0370 | 901-624-5176 | 0:46.3 | Yes | AT&T | 119 | | |
| #42 | 11/05/04 | 09:58:31c | 901-848-0370 | 901-624-5176 | 2:44.2 | Yes | AT&T | 119 | | |
| #43 | 11/05/04 | 10:02:29c | 901-301-9996 | 901-624-5176 | 0:01.5 | Yes | | 066 | | 023 |
| #44 | 11/05/04 | 10:13:28c | 901-624-5176 | 901-482-0631 | 3:33.3 | Yes | | 001 | | |
| #45 | 11/05/04 | 10:16:11c | 901-452-1595 | 901-624-5176 | 0:10.6 | Yes | | 001 | | |

# @ BELLSOUTH

# Call Detail/Toll Records:
# BST05117427

CALL DETAILS FOR TARGET NUMBER: ▮▮▮▮

| # | Call Date | Call Time | Calling Number | Called Number | Call Duration | Answd | Carrier | Call Type | Billed Number | Srvc Feat |
|---|-----------|-----------|----------------|---------------|---------------|-------|---------|-----------|---------------|-----------|
| #46 | 11/05/04 | 10:16:52c | 901-452-1595 | 901-624-5176 | 0:14.3 | Yes | | 001 | | |
| #47 | 11/05/04 | 10:17:50c | 901-624-5176 | 901-830-7942 | 2:46.1 | Yes | | 001 | | |
| #48 | 11/05/04 | 10:25:26c | 901-888-0000 | 901-624-5176 | 0:30.6 | Yes | TQW | 720 | | |
| #49 | 11/05/04 | 10:35:51c | 901-448-5500 | 901-624-5176 | 1:35.1 | Yes | UHC | 119 | | |
| #50 | 11/05/04 | 10:57:42c | 901-624-5176 | 901-775-3755 | 0:10.9 | Yes | | 001 | | |
| #51 | 11/05/04 | 11:26:57c | 901-574-1997 | 901-624-5176 | 0:35.7 | Yes | | 066 | | 023 |
| #52 | 11/05/04 | 11:41:48c | 901-624-5176 | 901-774-3406 | 2:00.2 | Yes | | 001 | | |
| #53 | 11/05/04 | 12:05:29c | 901-624-5176 | 901-774-3406 | 4:26.2 | Yes | | 001 | | |
| #54 | 11/05/04 | 12:12:11c | 901-624-5176 | 901-596-6989 | 0:40.7 | Yes | | 001 | | |
| #55 | 11/05/04 | 12:30:53c | 901-624-5176 | 901-774-3406 | 0:09.8 | Yes | | 001 | | |
| #56 | 11/05/04 | 13:05:00c | 901-624-5176 | 901-416-6103 | 0:03.6 | Yes | | 001 | | |
| #57 | 11/05/04 | 13:05:16c | 901-624-5176 | 901-331-0804 | 0:03.2 | Yes | | 001 | | |
| #58 | 11/05/04 | 13:06:20c | 901-624-5176 | 901-416-6103 | 0:31.9 | Yes | | 001 | | |
| #59 | 11/05/04 | 13:12:59c | 901-301-9996 | 901-624-5176 | 1:40.9 | Yes | | 066 | | 023 |
| #60 | 11/05/04 | 13:15:21c | 901-624-5176 | 901-416-6103 | 0:07.3 | Yes | | 001 | | |
| #61 | 11/05/04 | 13:16:01c | 605-275-7155 | 901-624-5176 | 0:20.4 | Yes | ALN | 119 | | |
| #62 | 11/05/04 | 13:16:38c | 901-624-5176 | 901-795-7544 | 0:33.1 | Yes | | 001 | | |
| #63 | 11/05/04 | 13:17:50c | 901-624-5176 | 901-795-7544 | 0:48.4 | Yes | | 001 | | |
| #64 | 11/05/04 | 13:20:56c | 901-624-5176 | 901-331-4313 | 0:50.9 | Yes | | 001 | | |
| #65 | 11/05/04 | 13:21:59c | 901-624-5176 | 901-795-7544 | 0:45.5 | Yes | | 001 | | |
| #66 | 11/05/04 | 13:25:44c | 901-624-5176 | 901-416-6103 | 4:12.2 | Yes | | 001 | | |
| #67 | 11/05/04 | 13:30:25c | 901-624-5176 | 901-576-7376 | 0:14.5 | Yes | | 001 | | |
| #68 | 11/05/04 | 13:31:09c | 901-624-5176 | 901-553-6635 | 0:16.6 | Yes | | 001 | | |
| #69 | 11/05/04 | 13:34:50c | 901-624-5176 | 901-859-5304 | 0:39.6 | Yes | | 001 | | |
| #70 | 11/05/04 | 13:38:13c | 901-624-5176 | 901-218-7644 | 1:24.2 | Yes | | 001 | | |
| #71 | 11/05/04 | 13:41:32c | 901-278-7039 | 901-624-5176 | 1:01.8 | Yes | | 001 | | |
| #72 | 11/05/04 | 13:50:14c | 901-624-5176 | 901-795-7544 | 2:08.3 | Yes | | 001 | | |
| #73 | 11/05/04 | 13:52:46c | 901-624-5176 | 901-503-9017 | 1:32.4 | Yes | | 001 | | |
| #74 | 11/05/04 | 13:59:21c | 901-753-1562 | 901-624-5176 | 2:36.7 | Yes | | 001 | | |
| #75 | 11/05/04 | 14:25:00c | 901-624-5176 | 901-795-7544 | 0:52.4 | Yes | | 001 | | |
| #76 | 11/05/04 | 14:31:22c | 901-624-5176 | 901-774-3406 | 1:01.4 | Yes | | 001 | | |
| #77 | 11/05/04 | 15:12:20c | 901-624-5176 | 901-416-0523 | 0:13.5 | Yes | | 001 | | |
| #78 | 11/05/04 | 15:13:03c | 901-624-5176 | 901-416-0526 | 33:42.3 | Yes | | 001 | | |
| #79 | 11/05/04 | 15:44:10c | 901-526-2181 | 901-624-5176 | 0:44.3 | Yes | | 001 | | |
| #80 | 11/05/04 | 15:55:54c | 901-624-5176 | 901-383-2285 | 0:53.0 | Yes | | 001 | | |
| #81 | 11/05/04 | 15:58:18c | 901-624-5176 | 901-596-6989 | 0:51.8 | Yes | | 001 | | |
| #82 | 11/05/04 | 16:02:03c | 901-624-5176 | 901-383-2285 | 1:25.5 | Yes | | 001 | | |
| #83 | 11/05/04 | 16:06:09c | 901-624-5176 | 901-383-2079 | 3:59.6 | Yes | | 001 | | |
| #84 | 11/05/04 | 16:21:35c | 901-278-7039 | 901-624-5176 | 2:27.1 | Yes | | 001 | | |
| #85 | 11/05/04 | 16:43:59c | 901-624-5176 | 901-873-4011 | 0:04.5 | Yes | | 001 | | |
| #86 | 11/05/04 | 16:44:23c | 901-624-5176 | 901-412-1832 | 1:25.1 | Yes | | 001 | | |
| #87 | 11/05/04 | 16:46:30c | 901-624-5176 | 901-452-1595 | 3:11.1 | Yes | | 001 | | |
| #88 | 11/05/04 | 18:30:28c | 901-624-5176 | 901-324-5700 | 1:54.0 | Yes | | 001 | | |
| #89 | 11/05/04 | 18:32:50c | 901-277-9799 | 901-624-5176 | 0:41.3 | Yes | | 066 | | 023 |
| #90 | 11/05/04 | 18:43:17c | 901-624-5176 | 901-774-3406 | 0:33.5 | Yes | | 001 | | |

**® BELL**SOUTH

# Call Detail/Toll Records:
# BST05117427

CALL DETAILS FOR TARGET NUMBER █████████

| # | Call Date | Call Time | Calling Number | Called Number | Call Duration | Answd | Carrier | Call Type | Billed Number | Srvc Feat |
|---|-----------|-----------|----------------|---------------|---------------|-------|---------|-----------|---------------|-----------|
| #91 | 11/05/04 | 19:24:23c | 901-624-5176 | 817-944-5025 | 0:30.3 | Yes | AT&T | 110 | | |
| #92 | 11/05/04 | 19:25:15c | 901-624-5176 | 901-363-5186 | 0:46.0 | Yes | | 001 | | |
| #93 | 11/05/04 | 19:27:12c | 972-219-1413 | 901-624-5176 | 6:15.9 | Yes | MCI | 119 | | |
| #94 | 11/05/04 | 19:34:06c | 901-624-5176 | 901-272-1390 | 0:24.2 | Yes | | 001 | | |
| #95 | 11/05/04 | 19:34:54c | 901-624-5176 | 901-281-7317 | 0:29.1 | Yes | | 001 | | |
| #96 | 11/05/04 | 19:50:43c | 901-624-5176 | 901-485-3923 | 3:31.6 | Yes | | 001 | | |
| #97 | 11/05/04 | 20:32:43c | 901-753-1562 | 901-624-5176 | 0:30.2 | Yes | | 001 | | |
| #98 | 11/05/04 | 21:07:51c | 901-354-8969 | 901-624-5176 | 1:43.5 | Yes | | 001 | | |
| #99 | 11/05/04 | 22:45:21c | 831-394-1601 | 901-624-5176 | 0:00.0 | No | | 119 | | |

Call Codes:

001 Detailed Message Rate, Timed, with MBI
066 Cellular Mobile Carrier (CMC) Terminating Type 2A
110 InterLATA Station Paid
119 Terminating Access Record
720 Connecting Network Access Incoming Record

Service Features:

023 Cellular Mobile Carrier - Type 2A

Carriers:

0183 WUA MCI Metro {MCIWorldCom}
0222 MCI MCIWorldCom
0288 AT&T AT&T Communications
0444 ALN Global Crossing Telecommunications, Inc.
5119 TQW XO Communications, Inc.
5230 UHC US LEC of North Carolina, L.L.C.

@ **BELL**SOUTH

M O B I       901   4 3406 811   11 / 04 / 04        CSR DISPLAY

███████ 811   **BILL DATE 11-04-04**

                                                                         PAGE     1

                             **CUSTOMER SERVICE RECORD**                       FORM 9145

| EXCH | CL SVC | SVC ESTB. | PRINTED | SLA | DPA | | PF | | NPA CO | LINE | CUST |
|------|--------|-----------|---------|-----|-----|---|----|---|--------|------|------|
| MPSS | 1FRCL | 08-01-67 | 11-04-04 | | | | | | 901 774-3406 | | 811 |

| QUAN | USOC | DESCRIPTION OF SERVICE OR EQUIPMENT | BTC | TOTAL REVENUE | EFF DATE |
|------|------|-------------------------------------|-----|---------------|----------|
| | | PREVIOUS CSR MICROFICHED ON 10-04-04 | | | |
| | | (SVC CDE 11) | | | |
| | PCL | OO AY 08-24-2003 | | | |
| | LN | HARRIS, FREDDIE PEARL | | | |
| | LA | | | | |
| | ██ | ███████████████████ | | | |
| | DZIP | 38106 | | | |

M O B I                                  11 / 04 , 4           BILL DISPLAY

 901-774-3406 811    BILL DATE 11-04-04   LIVE      EXCH MPSS     1FRCL    SCB   26
FREDDIE PEARL HARRIS   PB N24   STA 00000000   TAX 11111N10   AG A  MCC* C1871
                       RA       RTA 00000000   TAR 111702     PIC 5957
                       RB Y28   NT                            DOI      080167
                       PPD  0   FE 000010      WO IND   0     DISC REAS  F
                       NOB  1   CSN   0        DEP 00000000   AMT DUE      42.31

```
                        RBOCRIS ENTRY SCREEN
   BOE001 REQUESTED TELEPHONE NUMBER NOT FOUND                          NHVL
 ENTER DESIRED ACCOUNT NUMBER ==> NPA 901 NUMBER 432 - 1048 CUS


 DEPRESS APPROPRIATE FUNCTION KEY:


 S/R = ENTRY/OTHER APPL          PF4 = CSR SCREEN       PF8  = SCROLL FORWARD
 PF1 = BILL SCREEN               PF5 = PENDING ORDERS   PF9  = CNA LISTING
 PF2 = BILL ITEMS SCREEN         PF6 = UPDATES          PF10 = TREATMENT SYSTEM
 PF3 = MEMO SCREEN               PF7 = BSS/JOB AIDS     PF11 = SCROLL BACKWARD

 * FOR HELP ACCESSING COMPLEX CSR'S, ENTER THE COMMAND "MENU" AND DEPRESS PF4
```

INFORMATION OBTAINED VIA BOCRIS SHOULD NOT BE DISCLOSED TO UNAUTHORIZED
PERSONS.  IT IS MEANT FOR USE ONLY BY AUTHORIZED BELLSOUTH OR BELLSOUTH
SUBSIDIARY EMPLOYEES IN CONDUCTING OFFICIAL COMPANY BUSINESS.

| | | | |
|---|---|---|---|
| Telephone Number: | ██████8 | Ported: | No |
| City: | MEMPHIS | State: | TN |
| Local Routing Number: | N/A | OCN: | 7344 |
| Carrier: | XO TENNESSEE, INC. | | |

Subpeona Contact Info

    Phone:    800-932-8501

    Address

        Line 1:    4800 CONCENTRIC BLVD. SAGINAW

        Line 2:    MI 46046

        Line 3:

        Line 4:

        Line 5:

LERG Contact Info

        Name:    RUBEN GALVAN

        Phone:    972-578-3728

        Address 1:    2637 SUMMIT AVENUE

        Address 2:

        Floor:        Room:

        City:    PLANO    State:    TX    Zip:    75074

```
                    *BI\    NOV 30 2005 *LIVE*    DUMM.           MPGT UEPRX

MCI METRO              PB      STA     TAX 0010                 CC  B MCC7 C1873
ATT: LOCAL COST MGMT   RA      RTA     TAR 000702  TBE  9 0222  DOI 050304
FLR 5 DEPT 2298 087    RB      NT      AVT     0   DEP 00-00
2520 NORTHWINDS PKWY   PPD     CCH     AMT DUE       0.00
ALPHARETTA GA  30004   CI
```

Contact for records

·M O B I                    901  ,3 1562 001    10 / 07 / 04                    CSR DISPLAY

█████████          BILL DATE 10-07-04

                                                                    PAGE    1
                              CUSTOMER SERVICE RECORD                FORM 9145
EXCH CL SVC SVC ESTB. PRINTED    SLA    DPA          PF     NPA CO  LINE   CUST
MPGT VR3CL  01-21-85  10-07-04                              901 753-1562   001

QUAN  USOC DESCRIPTION OF SERVICE OR EQUIPMENT  █████  ███████████  ██████
           PREVIOUS CSR MICROFICHED ON 08-07-04
      (SVC CDE 1P)
      PDN    MS99
      PCL    OO AY 08-24-2003
      NP     (NON-PUB) HUBBERT, JAMES
      LA     ████████████████
      ██    ██████████████████████

```
M O B I          901    3 1562 001           10 / 07 , 4              BILL DISPLAY

              2 001     BILL DATE 10-07-04    LIVE      EXCH MPGT    VR3CL     SCB    26
JAMES HUBBERT           PB O27   STA 00000000  TAX 11111N10  AG B   MCC* C1875
                        RA       RTA 00000000  TAR 000702    PIC 0288
                        RB N30   NT                          DOI    012185
                        PPD  0   FE 111000     WO IND   0    DISC REAS  D
                        NOB  1   CSN   0       DEP 00000000  AMT DUE     51.28
```

M O B I          901     3 1562 001          11 / 07 , 4          BILL DISPLAY

BILL DATE 11-07-04     LIVE     EXCH MPGT     VR3CL     SCB     26
JAMES HUBBERT          PB N27   STA 00000000   TAX 11111N10   AG B   MCC* C1875
                       RA       RTA 00000000   TAR 000702    PIC 0288
                       RB Y28   NT                            DOI     012185
                       PPD  0   FE 111000      WO IND  0      DISC REAS  D
            38018      NOB  1   CSN  0         DEP 00000000   AMT DUE      51.05

```
M O B I              901  /3 3883 274    09 / 28 / 04              CSR DISPLAY

█████████  274   BILL DATE 09-28-04

                                                              PAGE     1
                            CUSTOMER SERVICE RECORD           FORM 9145
EXCH CL SVC SVC ESTB. PRINTED    SLA   DPA        PF     NPA CO  LINE   CUST
MPBL 1FB      08-01-00  09-28-04                         901 373-3883   274

QUAN  USOC DESCRIPTION OF SERVICE OR EQUIPMENT    BTC  TOTAL REVENUE  EFF DATE
           PREVIOUS CSR MICROFICHED ON 07-28-04
      (SVC CDE 21)
      PDN   MS88
      PCL   OO AY 09-07-2002




      LN    (MEMPHIS; CITY GOVERNMENT--)
            (1) (POLICE DIVISION--) (2)
            (PRECINCTS-UNIFORM PATROL--)
            (3) NORTHEAST PRECINCT
      LA    6850 APPLING FARMS PKWY,
PAGE      1 OF    11                                            MORE....
          PF2=SEARCH  PF3=DISPLAY   PF4=PRINT                PF6=FAX
PF7=MAIN  PF8=SCROLL  PF9=LEFT      PF10=RIGHT  PF11=BACK  PRINTER ID:
```

M O B I          901  /3 3883 274    09 / 28 / 04                    CSR DISPLAY

```
          BARTLETT
   SA    6850 APPLING FARMS PKWY,
          BARTLETT
   DZIP  38133
   YPH   999001
          NONE
   SIC   9875

   ---DIR
   DEL   A12, B12, C0

   ---BILL
   BN1   NORTHEAST PRECINCT
   BA2   6850 APPLING FARMS P
   BA3   KWY
   PO    BARTLETT    TN   38133
```

| Telephone Number: | █████████ | | Ported: | No |
|---|---|---|---|---|

| City: | MEMPHIS | | State: | TN |
|---|---|---|---|---|

| Local Routing Number: | N/A | | OCN: | 6232 |
|---|---|---|---|---|

| Carrier: | NEXTEL COMMUNICATIONS, INC. |
|---|---|

Subpeona Contact Info

    Phone:    770-825-9132

    Address

        Line 1:    RON C SIMMONS

        Line 2:    6575 THE CORNERS PARKWAY

        Line 3:    NORCROSS

        Line 4:    GA 30092

        Line 5:

LERG Contact Info

    Name:    KATHRYN BARRETT

    Phone:    703-592-2663

    Address 1:    2003 EDMUND HALLEY DRIVE

    Address 2:

| Floor: | | Room: | BLDG E |
|---|---|---|---|

| City: | RESTON | State: | VA | Zip: | 20191 |
|---|---|---|---|---|---|

```
M O B I                    ███   ███  468   10 / 10 / 04                    CSR DISPLAY

   █████████   468   BILL DATE 10-10-04
                                                                    PAGE    1
                              CUSTOMER SERVICE RECORD                FORM 9145
EXCH CL SVC SVC ESTB. PRINTED    SLA   DPA          PF     NPA CO  LINE  CUST
MPCS VR3CL  02-23-84  10-10-04                            901 458-0958  468

QUAN  USOC DESCRIPTION OF SERVICE OR EQUIPMENT     BTC  TOTAL REVENUE  EFF DATE
          PREVIOUS CSR MICROFICHED ON 08-10-04
      (SVC CDE 1P)
      PCL      OO AY 08-24-2003
      LN    WALLACE, MARY
      LA    ██████   ████    ███
      ██
      DZIP

      ---DIR
      DDA   MARY WALLACE
              █████    ██

PAGE      1 OF      4                                              MORE...
          PF2=SEARCH   PF3=DISPLAY   PF4=PRINT              PF6=FAX
PF7=MAIN  PF8=SCROLL   PF9=LEFT      PF10=RIGHT  PF11=BACK  PRINTER ID:
```

```
M O B I              ▉ ▉      468        10 / 10 . .4              BILL DISPLAY

               468   BILL DATE 10-10-04   LIVE      EXCH MPCS    VR3CL    SCB   26
MARY WALLACE         PB O30   STA 00000000  TAX 11111N10  AG A  MCCO C1876
                     RA       RTA 00000000  TAR 111702    PIC 5957
                     RB Y01   NT                          DOI      022384
                     PPD  0   FE 111300     WO IND   0    DISC REAS  D
▉         ▉   ▉       NOB  1   CSN   0       DEP 00000000  AMT DUE     53.85
```

```
M O B I              ████  ████ 468        11 / 10 , 4              BILL DISPLAY

████████ 468    BILL DATE 11-10-04   LIVE      EXCH MPCS    VR3CL    SCB   26
MARY WALLACE     PB N30   STA 00000000  TAX 11111N10  AG A  MCC1 C1876
████████████     RA       RTA 00000000  TAR 111702    PIC 5957
                 RB 104   NT                          DOI    022384
                 PPD  0   FE 111300    WO IND   0      DISC REAS  D
████████ ████    NOB  1   CSN   0      DEP 00000000    AMT DUE      50.56
```

```
M O B I               901  .4 5176 369    12 / 13 / 04                    CSR DISPLAY


          369    BILL DATE 12-13-04
                                                                       PAGE    1
                               CUSTOMER SERVICE RECORD                  FORM 9145
EXCH CL SVC SVC ESTB. PRINTED    SLA    DPA         PF      NPA CO LINE  CUST
MPGT UEPRX  11-11-03  12-13-04                              901 624-5176  369

QUAN  USOC DESCRIPTION OF SERVICE OR EQUIPMENT    BTC  TOTAL REVENUE  EFF DATE
           PREVIOUS CSR MICROFICHED ON 12-13-03
           (SVC CDE 1S)
      PDN  MS99


      NP   (NON-PUB) BRASWELL, VERN
      LA   (OAD)
      SA



PAGE       1 OF       4                                        MORE...
      PF2=SEARCH  PF3=DISPLAY  PF4=PRINT                 PF6=FAX
PF7=MAIN  PF8=SCROLL  PF9=LEFT      PF10=RIGHT  PF11=BACK  PRINTER ID:
```

M O B I     ██ ████     12 / 13 / 04       CSR DISPLAY

```
        DDA    VERN BRASWELL
               ████████  ██ ████

        DEL    A1, B1, C1

        ---BILL
        BN1    AT&T COMM INC
        BA2    500 NORTH POINT PKWY
        BA3    ROOM 1205
        PO     ALPHARETTA GA   30005
```

*Contact for records*