W2006-01081-CCA-R3-CD

SHELBY COUNTY CRIMINAL

STATE OF TENNESSEE
APPELLEE

VS. 05-03038        EXHIBITS

VERN BRASWELL

VOLUME 3 OF 11  VOLUMES

FILED

NOV 0 2 2006

Clerk of the Courts

Vol. 3

| Customer PTN | Date | Call Initiated | Duration (sec) | Type | Caller/Called PTN |
|---|---|---|---|---|---|
| 9013314313 | 05-Nov-04 | 23:26:44 | 220 | Inbound | 0 - (901) 358-2061 |
| 9013314313 | 05-Nov-04 | 23:04:56 | 64 | Inbound | 0 - (901) 458-0958 |
| 9013314313 | 05-Nov-04 | 23:00:29 | 0 | Outbound | 0 - (901) 643-1575 |
| 9013314313 | 05-Nov-04 | 22:50:55 | 16 | Inbound | 0 - (901) 596-6989 |
| 9013314313 | 05-Nov-04 | 22:01:59 | 100 | Inbound | 0 - (901) 569-9131 |
| 9013314313 | 05-Nov-04 | 21:16:42 | 81 | Outbound | 0 - (901) 596-6989 |
| 9013314313 | 05-Nov-04 | 21:06:50 | 169 | Inbound | 0 - (310) 491-9386 |
| 9013314313 | 05-Nov-04 | 21:00:03 | 9 | Inbound | 0 - (901) 596-6989 |
| 9013314313 | 05-Nov-04 | 20:47:10 | 310 | Inbound | 0 - (901) 737-9928 |
| 9013314313 | 05-Nov-04 | 20:17:16 | 17 | Inbound | 0 - (901) 650-7510 |
| 9013314313 | 05-Nov-04 | 20:16:28 | 29 | Inbound | 0 - (901) 650-7510 |
| 9013314313 | 05-Nov-04 | 19:43:15 | 25 | Inbound | 0 - (901) 526-2181 |
| 9013314313 | 05-Nov-04 | 19:42:27 | 21 | Outbound | 0 - (901) 230-7327 |
| 9013314313 | 05-Nov-04 | 19:14:32 | 22 | Inbound | 0 - (901) 830-7942 |
| 9013314313 | 05-Nov-04 | 19:06:54 | 137 | Outbound | 0 - (901) 830-7942 |
| 9013314313 | 05-Nov-04 | 19:06:31 | 3 | Outbound | 0 - (901) 491-2675 |
| 9013314313 | 05-Nov-04 | 19:05:50 | 25 | Outbound | 0 - (901) 491-2675 |
| 9013314313 | 05-Nov-04 | 18:59:38 | 350 | Inbound | 0 - (901) 292-9032 |
| 9013314313 | 05-Nov-04 | 18:52:34 | 110 | Inbound | 0 - (901) 314-3304 |
| 9013314313 | 05-Nov-04 | 18:45:22 | 172 | Inbound | 0 - (901) 491-2675 |
| 9013314313 | 05-Nov-04 | 18:33:07 | 36 | Inbound | 0 - (901) 270-1403 |
| 9013314313 | 05-Nov-04 | 18:32:00 | 340 | Inbound | 0 - (708) 473-4169 |
| 9013314313 | 05-Nov-04 | 18:29:31 | 47 | Inbound | 0 - (901) 596-9362 |
| 9013314313 | 05-Nov-04 | 18:27:09 | 237 | Inbound | 0 - (901) 573-6455 |
| 9013314313 | 05-Nov-04 | 18:02:54 | 54 | Inbound | 0 - (901) 859-8098 |
| 9013314313 | 05-Nov-04 | 17:56:59 | 206 | Inbound | 0 - (901) 921-5445 |
| 9013314313 | 05-Nov-04 | 17:48:42 | 22 | Inbound | 0 - (901) 872-4092 |
| 9013314313 | 05-Nov-04 | 17:27:48 | 33 | Inbound | 0 - (901) 363-5186 |
| 9013314313 | 05-Nov-04 | 17:26:28 | 204 | Inbound | 0 - (901) 494-7116 |
| 9013314313 | 05-Nov-04 | 17:18:51 | 60 | Inbound | 0 - (901) 634-0064 |
| 9013314313 | 05-Nov-04 | 17:09:33 | 20 | Outbound | 0 - (901) 553-0409 |
| 9013314313 | 05-Nov-04 | 17:06:36 | 7 | Outbound | 0 - (901) 406-4999 |
| 9013314313 | 05-Nov-04 | 16:56:31 | 306 | Outbound | 0 - (901) 398-9994 |
| 9013314313 | 05-Nov-04 | 16:55:15 | 57 | Outbound | 0 - (901) 569-9130 |
| 9013314313 | 05-Nov-04 | 16:54:42 | 12 | Outbound | 0 - (901) 569-9131 |
| 9013314313 | 05-Nov-04 | 16:50:11 | 233 | Inbound | 0 - (901) 331-4361 |



EXHIBIT # 30

REPORTER KU

DATE 12-7-05

TO: B Sturdivant

11-23-2005   03:18pm   From-Nextel 2   703-433-8842   T-580   P.002/010   F-468

11-23-2005   03:18pm   From-Nextel 2   703-433-8842   T-580   P.003/010   F-488

| | | | | | |
|---|---|---|---|---|---|
| 9013314313 | 05-Nov-04 | 16:49:01 | 302 | Outbound | 0 - (901) 331-9831 |
| 9013314313 | 05-Nov-04 | 16:30:50 | 59 | Inbound | 0 - (901) 240-6487 |
| 9013314313 | 05-Nov-04 | 16:27:54 | 145 | Inbound | 0 - (901) 240-6487 |
| 9013314313 | 05-Nov-04 | 15:52:04 | 96 | Inbound | 0 - (901) 491-2675 |
| 9013314313 | 05-Nov-04 | 15:48:03 | 83 | Inbound | Anonymous |
| 9013314313 | 05-Nov-04 | 15:41:48 | 82 | Inbound | 0 - (901) 270-3408 |
| 9013314313 | 05-Nov-04 | 15:32:07 | 2 | Outbound | 0 - (404) 379-7547 |
| 9013314313 | 05-Nov-04 | 15:28:43 | 110 | Outbound | 0 - (214) 641-4653 |
| 9013314313 | 05-Nov-04 | 15:26:00 | 104 | Outbound | 0 - (901) 355-3803 |
| 9013314313 | 05-Nov-04 | 15:25:26 | 10 | Outbound | 0 - (901) 331-9831 |
| 9013314313 | 05-Nov-04 | 15:25:00 | 13 | Outbound | 0 - (901) 331-9831 |
| 9013314313 | 05-Nov-04 | 15:24:38 | 2 | Outbound | 0 - (901) 502-5946 |
| 9013314313 | 05-Nov-04 | 15:21:23 | 113 | Outbound | 0 - (901) 575-8712 |
| 9013314313 | 05-Nov-04 | 15:16:20 | 241 | Outbound | 0 - (901) 545-5308 |
| 9013314313 | 05-Nov-04 | 15:02:11 | 34 | Inbound | 0 - (901) 212-9722 |
| 9013314313 | 05-Nov-04 | 14:50:59 | 33 | Outbound | 0 - (901) 314-3304 |
| 9013314313 | 05-Nov-04 | 14:23:25 | 10 | Inbound | 0 - (901) 314-3304 |
| 9013314313 | 05-Nov-04 | 14:20:35 | 29 | Outbound | 0 - (901) 634-0064 |
| 9013314313 | 05-Nov-04 | 14:19:40 | 0 | Outbound | 0 - (901) 553-7044 |
| 9013314313 | 05-Nov-04 | 14:16:19 | 3 | Outbound | 0 - (901) 553-7044 |
| 9013314313 | 05-Nov-04 | 14:14:09 | 64 | Inbound | 0 - (901) 832-1889 |
| 9013314313 | 05-Nov-04 | 14:00:57 | 119 | Inbound | 0 - (901) 545-3030 |
| 9013314313 | 05-Nov-04 | 13:56:08 | 11 | Outbound | 0 - (901) 575-8712 |
| 9013314313 | 05-Nov-04 | 13:55:33 | 22 | Outbound | 0 - (901) 323-2430 |
| 9013314313 | 05-Nov-04 | 13:55:06 | 0 | Outbound | 0 - (901) 351-9075 |
| 9013314313 | 05-Nov-04 | 13:27:34 | 34 | Inbound | 0 - (901) 550-9956 |
| 9013314313 | 05-Nov-04 | 13:25:44 | 43 | Inbound | 0 - (901) 323-2430 |
| 9013314313 | 05-Nov-04 | 13:20:37 | 51 | Inbound | 0 - (901) 624-5176 |
| 9013314313 | 05-Nov-04 | 13:16:19 | 243 | Outbound | 0 - (901) 575-8712 |
| 9013314313 | 05-Nov-04 | 13:15:40 | 3 | Outbound | 0 - (901) 351-9075 |
| 9013314313 | 05-Nov-04 | 13:14:44 | 20 | Outbound | 0 - (901) 331-9831 |
| 9013314313 | 05-Nov-04 | 13:08:38 | 6 | Inbound | 0 - (901) 331-9831 |
| 9013314313 | 05-Nov-04 | 13:04:45 | 84 | Inbound | 0 - (901) 491-2675 |
| 9013314313 | 05-Nov-04 | 13:04:01 | 46 | Outbound | 0 - (901) 870-1695 |
| 9013314313 | 05-Nov-04 | 13:03:19 | 20 | Outbound | 0 - (901) 553-5643 |
| 9013314313 | 05-Nov-04 | 13:01:47 | 41 | Inbound | 0 - (901) 230-7327 |
| 9013314313 | 05-Nov-04 | 13:00:18 | 15 | Inbound | 0 - (901) 237-3157 |

11-23-2005   03:19pm   From-Nextel 2   703-433-8842   T-580   P.004/010   F-468

| | | | | | |
|---|---|---|---|---|---|
| 9013314313 | 05-Nov-04 | 12:58:48 | 106 | Outbound | 0 - (901) 230-7327 |
| 9013314313 | 05-Nov-04 | 12:53:29 | 41 | Inbound | 0 - (901) 870-1695 |
| 9013314313 | 05-Nov-04 | 12:52:16 | 296 | Inbound | 0 - (901) 491-2675 |
| 9013314313 | 05-Nov-04 | 12:50:23 | 0 | Outbound | 0 - (901) 491-2675 |
| 9013314313 | 05-Nov-04 | 12:48:04 | 132 | Inbound | 0 - (901) 283-6850 |
| 9013314313 | 05-Nov-04 | 12:47:51 | 80 | Outbound | 0 - (901) 491-2675 |
| 9013314313 | 05-Nov-04 | 12:46:48 | 20 | Outbound | 0 - (901) 283-6850 |
| 9013314313 | 05-Nov-04 | 12:45:50 | 24 | Outbound | 0 - (901) 283-6850 |
| 9013314313 | 05-Nov-04 | 12:44:48 | 23 | Outbound | 0 - (901) 603-8054 |
| 9013314313 | 05-Nov-04 | 12:35:58 | 14 | Inbound | 0 - (510) 222-8904 |
| 9013314313 | 05-Nov-04 | 12:34:38 | 57 | Inbound | 0 - (901) 830-7942 |
| 9013314313 | 05-Nov-04 | 12:30:08 | 46 | Outbound | 0 - (901) 355-3803 |
| 9013314313 | 05-Nov-04 | 12:29:50 | 3 | Outbound | 0 - (901) 355-3803 |
| 9013314313 | 05-Nov-04 | 12:29:07 | 33 | Inbound | 0 - (901) 553-5643 |
| 9013314313 | 05-Nov-04 | 12:28:58 | 0 | Outbound | 0 - (901) 355-3803 |
| 9013314313 | 05-Nov-04 | 12:28:43 | 8 | Inbound | 0 - (901) 830-7942 |
| 9013314313 | 05-Nov-04 | 12:28:01 | 52 | Outbound | 0 - (901) 355-3803 |
| 9013314313 | 05-Nov-04 | 12:27:33 | 2 | Outbound | 0 - (901) 384-6509 |
| 9013314313 | 05-Nov-04 | 12:23:55 | 172 | Inbound | 0 - (901) 409-1962 |
| 9013314313 | 05-Nov-04 | 12:22:18 | 205 | VMS Access | 0 - (901) 331-4313 |
| 9013314313 | 05-Nov-04 | 12:20:24 | 88 | Inbound | 0 - (901) 830-7942 |
| 9013314313 | 05-Nov-04 | 12:04:04 | 42 | Inbound | 0 - (901) 301-1159 |
| 9013314313 | 05-Nov-04 | 12:01:03 | 14 | Outbound | 0 - (901) 491-2675 |
| 9013314313 | 05-Nov-04 | 11:59:09 | 45 | Outbound | 0 - (901) 830-7942 |
| 9013314313 | 05-Nov-04 | 11:58:47 | 6 | Outbound | 0 - (901) 830-7942 |
| 9013314313 | 05-Nov-04 | 11:56:03 | 0 | Outbound | 0 - (901) 331-9831 |
| 9013314313 | 05-Nov-04 | 11:53:42 | 4 | Outbound | 0 - (901) 491-2675 |
| 9013314313 | 05-Nov-04 | 11:40:19 | 58 | Inbound | 0 - (901) 270-1403 |
| 9013314313 | 05-Nov-04 | 11:39:56 | 27 | Inbound | 0 - (901) 213-5112 |
| 9013314313 | 05-Nov-04 | 11:34:41 | 106 | Outbound | 0 - (901) 299-4527 |
| 9013314313 | 05-Nov-04 | 11:32:21 | 13 | Outbound | 0 - (901) 491-2675 |
| 9013314313 | 05-Nov-04 | 11:22:45 | 13 | Outbound | 0 - (901) 299-4527 |
| 9013314313 | 05-Nov-04 | 11:13:35 | 98 | Inbound | 0 - (254) 371-6787 |
| 9013314313 | 05-Nov-04 | 10:59:10 | 63 | Inbound | 0 - (901) 351-9075 |
| 9013314313 | 05-Nov-04 | 10:44:56 | 48 | Inbound | 0 - (901) 377-6564 |
| 9013314313 | 05-Nov-04 | 10:39:45 | 127 | Inbound | 0 - (901) 299-4527 |

11-23-2005   03:20pm   From-Nextel 2   703-433-8842   T-580   P.005/010   F-468

| | | | | | |
|---|---|---|---|---|---|
| 9013314313 | 05-Nov-04 | 10:37:03 | 0 | Outbound | 0 - (901) 299-4527 |
| 9013314313 | 05-Nov-04 | 10:35:35 | 15 | Inbound | 0 - (901) 299-4527 |
| 9013314313 | 05-Nov-04 | 10:35:20 | 95 | Outbound | 0 - (901) 416-5958 |
| 9013314313 | 05-Nov-04 | 10:34:41 | 0 | Outbound | 0 - (901) 299-4527 |
| 9013314313 | 05-Nov-04 | 10:33:27 | 0 | Outbound | 0 - (901) 351-9075 |
| 9013314313 | 05-Nov-04 | 10:33:18 | 0 | Outbound | 0 - (901) 299-4527 |
| 9013314313 | 05-Nov-04 | 10:33:03 | 0 | Outbound | 0 - (901) 299-4527 |
| 9013314313 | 05-Nov-04 | 10:32:55 | 0 | Outbound | 0 - (901) 299-4527 |
| 9013314313 | 05-Nov-04 | 10:32:44 | 0 | Outbound | 0 - (901) 299-4527 |
| 9013314313 | 05-Nov-04 | 10:32:35 | 0 | Outbound | 0 - (901) 299-4527 |
| 9013314313 | 05-Nov-04 | 10:32:15 | 6 | Outbound | 0 - (901) 351-9075 |
| 9013314313 | 05-Nov-04 | 10:29:09 | 152 | Inbound | 0 - (901) 416-4621 |
| 9013314313 | 05-Nov-04 | 10:24:13 | 37 | Inbound | 0 - (901) 416-4883 |
| 9013314313 | 05-Nov-04 | 9:54:09 | 38 | Inbound | 0 - (901) 263-3348 |
| 9013314313 | 05-Nov-04 | 9:22:13 | 153 | Outbound | 0 - (901) 416-5958 |
| 9013314313 | 05-Nov-04 | 9:21:31 | 11 | Outbound | 0 - (901) 335-0629 |
| 9013314313 | 05-Nov-04 | 9:20:48 | 4 | Outbound | 0 - (901) 416-0522 |
| 9013314313 | 05-Nov-04 | 9:19:17 | 5 | Outbound | 0 - (901) 416-0523 |
| 9013314313 | 05-Nov-04 | 9:17:13 | 14 | Inbound | 0 - (901) 312-9166 |
| 9013314313 | 05-Nov-04 | 9:16:47 | 83 | Inbound | 0 - (901) 921-5445 |
| 9013314313 | 05-Nov-04 | 9:15:45 | 41 | Inbound | 0 - (901) 458-1299 |
| 9013314313 | 05-Nov-04 | 9:11:15 | 74 | Outbound | 0 - (901) 830-7942 |
| 9013314313 | 05-Nov-04 | 9:09:29 | 44 | Inbound | 0 - (901) 830-7942 |
| 9013314313 | 05-Nov-04 | 9:03:10 | 71 | Outbound | 0 - (901) 830-7942 |
| 9013314313 | 05-Nov-04 | 9:02:06 | 17 | Inbound | 0 - (901) 246-2015 |
| 9013314313 | 05-Nov-04 | 8:56:31 | 3 | Inbound | 0 - (901) 634-0064 |
| 9013314313 | 05-Nov-04 | 8:50:49 | 16 | Inbound | 0 - (901) 634-0064 |
| 9013314313 | 05-Nov-04 | 8:48:47 | 22 | Inbound | 0 - (901) 795-8427 |
| 9013314313 | 05-Nov-04 | 8:35:22 | 200 | Outbound | 0 - (901) 240-6487 |
| 9013314313 | 05-Nov-04 | 8:26:21 | 350 | Outbound | 0 - (901) 351-9075 |
| 9013314313 | 05-Nov-04 | 8:24:34 | 17 | Outbound | 0 - (901) 351-9075 |
| 9013314313 | 05-Nov-04 | 8:14:46 | 71 | Inbound | 0 - (901) 416-3226 |
| 9013314313 | 05-Nov-04 | 8:07:31 | 94 | Inbound | 0 - (901) 833-0672 |
| 9013314313 | 05-Nov-04 | 7:57:26 | 22 | Inbound | 0 - (901) 292-9032 |
| 9013314313 | 05-Nov-04 | 7:54:11 | 35 | Inbound | 0 - (901) 292-3346 |
| 9013314313 | 05-Nov-04 | 7:37:55 | 17 | Outbound | 0 - (901) 491-1623 |
| 9013314313 | 05-Nov-04 | 7:29:50 | 98 | Outbound | 0 - (901) 872-4092 |

11-23-2005  03:20pm  From-Nextel 2  703-433-8842  T-580  P.006/010  F-468

| | | | | | |
|---|---|---|---|---|---|
| 9013314313 | 05-Nov-04 | 7:29:08 | 0 | Outbound | 0 - (901) 299-4527 |
| 9013314313 | 05-Nov-04 | 6:59:55 | 0 | Outbound | 0 - (901) 491-1623 |
| 9013314313 | 05-Nov-04 | 6:59:30 | 12 | Outbound | 0 - (901) 553-7044 |
| 9013314313 | 05-Nov-04 | 6:57:46 | 57 | Inbound | 0 - (901) 634-0064 |
| 9013314313 | 05-Nov-04 | 6:48:48 | 95 | Inbound | 0 - (901) 301-9507 |
| 9013314313 | 05-Nov-04 | 6:43:50 | 41 | Outbound | 0 - (901) 363-5186 |
| 9013314313 | 05-Nov-04 | 6:43:31 | 35 | Inbound | 0 - (901) 363-5186 |
| 9013314313 | 05-Nov-04 | 6:41:43 | 49 | Inbound | 0 - (901) 942-4394 |
| 9013314313 | 05-Nov-04 | 6:40:20 | 54 | Inbound | 0 - (901) 872-4092 |
| 9013314313 | 05-Nov-04 | 6:34:41 | 87 | Inbound | 0 - (901) 340-9504 |
| 9013314313 | 05-Nov-04 | 6:28:03 | 4 | Inbound | 0 - (901) 502-9547 |
| 9013314313 | 05-Nov-04 | 6:26:00 | 0 | Outbound | 0 - (901) 332-1788 |
| 9013314313 | 05-Nov-04 | 6:20:47 | 133 | Inbound | 0 - (901) 484-8568 |
| 9013314313 | 05-Nov-04 | 4:40:08 | 647 | Outbound | 0 - (901) 491-1623 |
| 9013314313 | 05-Nov-04 | 4:38:45 | 51 | Inbound | 0 - (901) 458-0958 |
| 9013314313 | 05-Nov-04 | 4:38:28 | 5 | Outbound | 0 - (901) 737-6100 |
| 9013314313 | 05-Nov-04 | 4:37:53 | 6 | Outbound | 0 - (901) 553-7044 |
| 9013314313 | 05-Nov-04 | 4:37:03 | 4 | Outbound | 0 - (901) 484-8568 |
| 9013314313 | 05-Nov-04 | 4:36:21 | 4 | Outbound | 0 - (901) 737-6100 |
| 9013314313 | 05-Nov-04 | 4:15:50 | 440 | Outbound | 0 - (901) 212-9722 |
| 9013314313 | 05-Nov-04 | 4:15:32 | 3 | Outbound | 0 - (901) 212-9722 |
| 9013314313 | 05-Nov-04 | 4:14:22 | 37 | Outbound | 0 - (901) 458-0958 |
| 9013314313 | 05-Nov-04 | 4:13:39 | 6 | Outbound | 0 - (901) 737-6100 |
| 9013314313 | 05-Nov-04 | 4:12:01 | 15 | Outbound | 0 - (901) 737-6100 |
| 9013314313 | 05-Nov-04 | 4:08:21 | 0 | Outbound | 0 - (901) 737-6100 |
| 9013314313 | 05-Nov-04 | 4:08:05 | 11 | Outbound | 0 - (901) 737-6100 |
| 9013314313 | 05-Nov-04 | 4:07:30 | 7 | Outbound | 0 - (901) 737-6100 |
| 9013314313 | 05-Nov-04 | 4:06:38 | 3 | Outbound | 0 - (901) 737-6100 |
| 9013314313 | 05-Nov-04 | 4:03:15 | 10 | Outbound | 0 - (901) 737-6100 |
| 9013314313 | 05-Nov-04 | 4:01:44 | 0 | Outbound | 0 - (901) 553-7044 |
| 9013314313 | 05-Nov-04 | 4:01:26 | 4 | Outbound | 0 - (901) 737-6100 |
| 9013314313 | 05-Nov-04 | 4:00:37 | 12 | Outbound | 0 - (901) 737-6100 |
| 9013314313 | 05-Nov-04 | 3:59:57 | 13 | Outbound | 0 - (901) 737-6100 |
| 9013314313 | 05-Nov-04 | 3:59:23 | 7 | Outbound | 0 - (901) 737-6100 |
| 9013314313 | 05-Nov-04 | 3:58:41 | 15 | Inbound | 0 - (901) 299-4527 |
| 9013314313 | 05-Nov-04 | 3:58:31 | 4 | Outbound | 0 - (901) 737-6100 |
| 9013314313 | 05-Nov-04 | 3:58:01 | 2 | Outbound | 0 - (901) 484-8568 |

| | | | | | |
|---|---|---|---|---|---|
| 9013314313 | 05-Nov-04 | 3:57:17 | 4 | Outbound | 0 - (901) 737-6100 |
| 9013314313 | 05-Nov-04 | 3:56:47 | 3 | Outbound | 0 - (901) 737-6100 |
| 9013314313 | 05-Nov-04 | 3:55:57 | 12 | Outbound | 0 - (901) 737-6100 |
| 9013314313 | 04-Nov-04 | 22:57:19 | 14 | Inbound | 0 - (901) 386-5882 |
| 9013314313 | 04-Nov-04 | 21:27:49 | 3 | Outbound | 0 - (901) 503-5326 |
| 9013314313 | 04-Nov-04 | 21:27:37 | 3 | Outbound | 0 - (901) 503-5326 |
| 9013314313 | 04-Nov-04 | 21:27:25 | 4 | Outbound | 0 - (901) 503-5326 |
| 9013314313 | 04-Nov-04 | 20:47:26 | 17 | Inbound | 0 - (901) 386-5882 |
| 9013314313 | 04-Nov-04 | 20:35:09 | 111 | Inbound | 0 - (901) 230-6717 |
| 9013314313 | 04-Nov-04 | 20:18:12 | 103 | Inbound | 0 - (901) 299-9577 |
| 9013314313 | 04-Nov-04 | 20:15:55 | 107 | Inbound | 0 - (901) 315-5519 |
| 9013314313 | 04-Nov-04 | 17:52:47 | 4 | Outbound | 0 - (901) 553-0409 |
| 9013314313 | 04-Nov-04 | 17:48:47 | 17 | Outbound | 0 - (901) 283-6850 |
| 9013314313 | 04-Nov-04 | 17:48:11 | 5 | Outbound | 0 - (901) 553-0409 |
| 9013314313 | 04-Nov-04 | 17:47:58 | 3 | Outbound | 0 - (901) 406-4999 |
| 9013314313 | 04-Nov-04 | 17:46:36 | 4 | Outbound | 0 - (901) 406-4999 |
| 9013314313 | 04-Nov-04 | 17:45:34 | 15 | Inbound | 0 - (901) 685-9141 |
| 9013314313 | 04-Nov-04 | 17:03:07 | 284 | Inbound | 0 - (901) 458-0958 |
| 9013314313 | 04-Nov-04 | 16:36:08 | 24 | Inbound | 0 - (901) 650-2894 |
| 9013314313 | 04-Nov-04 | 15:51:15 | 0 | Outbound | 0 - (901) 489-7216 |
| 9013314313 | 04-Nov-04 | 15:40:11 | 6 | Outbound | 0 - (901) 502-1907 |
| 9013314313 | 04-Nov-04 | 15:39:52 | 0 | Outbound | Anonymous |
| 9013314313 | 04-Nov-04 | 15:32:05 | 0 | Outbound | 0 - (901) 237-3157 |
| 9013314313 | 04-Nov-04 | 13:58:42 | 54 | Inbound | 0 - (901) 416-5958 |
| 9013314313 | 04-Nov-04 | 11:27:05 | 11 | Outbound | 0 - (901) 262-3759 |
| 9013314313 | 04-Nov-04 | 11:12:17 | 167 | Inbound | 0 - (901) 299-4527 |
| 9013314313 | 04-Nov-04 | 10:59:23 | 274 | Inbound | 0 - (901) 386-5882 |
| 9013314313 | 04-Nov-04 | 10:56:42 | 42 | Outbound | 0 - (901) 262-3759 |
| 9013314313 | 04-Nov-04 | 10:36:42 | 274 | Inbound | 0 - (901) 386-5882 |
| 9013314313 | 04-Nov-04 | 9:26:53 | 443 | Inbound | 0 - (901) 795-8169 |
| 9013314313 | 04-Nov-04 | 9:09:22 | 0 | Outbound | 0 - (901) 281-0668 |
| 9013314313 | 04-Nov-04 | 8:57:17 | 14 | Inbound | 0 - (901) 416-5958 |
| 9013314313 | 04-Nov-04 | 8:56:43 | 9 | Inbound | 0 - (901) 386-5882 |
| 9013314313 | 04-Nov-04 | 8:47:58 | 66 | Outbound | 0 - (901) 320-6262 |
| 9013314313 | 04-Nov-04 | 8:41:27 | 56 | Inbound | 0 - (901) 416-5958 |
| 9013314313 | 04-Nov-04 | 8:26:44 | 15 | Inbound | 0 - (901) 461-9312 |
| 9013314313 | 04-Nov-04 | 8:25:23 | 42 | Inbound | 0 - (901) 386-5882 |

| | | | | | |
|---|---|---|---|---|---|
| 9013314313 | 04-Nov-04 | 8:24:21 | 13 | Inbound | 0 - (901) 458-8281 |
| 9013314313 | 04-Nov-04 | 8:21:12 | 13 | Inbound | 0 - (901) 386-5882 |
| 9013314313 | 04-Nov-04 | 8:14:11 | 52 | Inbound | 0 - (901) 386-5882 |
| 9013314313 | 04-Nov-04 | 7:57:42 | 130 | Inbound | 0 - (901) 386-5882 |
| 9013314313 | 04-Nov-04 | 7:19:30 | 4 | Inbound | 0 - (901) 495-3300 |
| 9013314313 | 04-Nov-04 | 6:45:39 | 3 | Inbound | 0 - (901) 495-3300 |
| 9013314313 | 03-Nov-04 | 23:24:30 | 515 | Inbound | 0 - (901) 495-3300 |
| 9013314313 | 03-Nov-04 | 21:48:34 | 16 | Inbound | 0 - (901) 315-5519 |
| 9013314313 | 03-Nov-04 | 21:37:43 | 275 | Inbound | 0 - (901) 872-4092 |
| 9013314313 | 03-Nov-04 | 21:25:55 | 0 | Outbound | 0 - (901) 299-4527 |
| 9013314313 | 03-Nov-04 | 21:25:44 | 5 | Outbound | 0 - (901) 872-4092 |
| 9013314313 | 03-Nov-04 | 21:19:50 | 82 | Inbound | 0 - (901) 495-3300 |
| 9013314313 | 03-Nov-04 | 21:06:14 | 30 | Inbound | 0 - (901) 495-3300 |
| 9013314313 | 03-Nov-04 | 21:04:53 | 24 | Inbound | 0 - (901) 461-9312 |
| 9013314313 | 03-Nov-04 | 20:22:10 | 2587 | Inbound | 0 - (901) 495-3300 |
| 9013314313 | 03-Nov-04 | 20:19:37 | 42 | Inbound | 0 - (901) 495-3300 |
| 9013314313 | 03-Nov-04 | 19:57:09 | 16 | Inbound | 0 - (901) 495-3300 |
| 9013314313 | 03-Nov-04 | 18:46:22 | 2 | Outbound | 0 - (901) 461-9312 |
| 9013314313 | 03-Nov-04 | 18:43:41 | 69 | Inbound | 0 - (901) 331-4312 |
| 9013314313 | 03-Nov-04 | 18:19:41 | 6 | Inbound | 0 - (901) 413-9962 |
| 9013314313 | 03-Nov-04 | 18:10:54 | 21 | Outbound | 0 - (901) 406-4999 |
| 9013314313 | 03-Nov-04 | 17:36:12 | 14 | Inbound | 0 - (901) 679-3133 |
| 9013314313 | 03-Nov-04 | 17:29:53 | 58 | Outbound | 0 - (901) 213-0539 |
| 9013314313 | 03-Nov-04 | 17:04:26 | 604 | Inbound | 0 - (901) 386-5882 |
| 9013314313 | 03-Nov-04 | 15:22:01 | 37 | Inbound | 0 - (901) 416-5958 |
| 9013314313 | 03-Nov-04 | 15:09:25 | 9 | Inbound | 0 - (901) 416-5958 |
| 9013314313 | 03-Nov-04 | 14:55:42 | 170 | Inbound | 0 - (901) 643-1575 |
| 9013314313 | 03-Nov-04 | 13:56:19 | 5 | Inbound | 0 - (901) 643-1575 |
| 9013314313 | 03-Nov-04 | 12:24:54 | 21 | Inbound | 0 - (901) 230-6717 |
| 9013314313 | 03-Nov-04 | 9:27:34 | 6 | Outbound | 0 - (901) 674-5241 |
| 9013314313 | 03-Nov-04 | 9:08:06 | 127 | Inbound | 0 - (901) 266-1106 |
| 9013314313 | 03-Nov-04 | 8:30:07 | 8 | Inbound | 0 - (901) 416-5958 |
| 9013314313 | 03-Nov-04 | 8:07:47 | 47 | Inbound | 0 - (901) 461-9312 |
| 9013314313 | 03-Nov-04 | 8:01:54 | 16 | Inbound | 0 - (901) 674-5241 |
| 9013314313 | 03-Nov-04 | 8:01:30 | 0 | Inbound | 0 - (901) 674-5241 |
| 9013314313 | 03-Nov-04 | 7:58:22 | 16 | Inbound | 0 - (901) 503-0288 |
| 9013314313 | 03-Nov-04 | 6:55:13 | 24 | Inbound | 0 - (901) 495-3300 |

EXHIBIT # _30_

WITNESS: _B, Sturdevant_

Identified and made a part of the record

This _N_ day of _____, 200_6_

_JUDGE_

P. _397_





EXHIBIT # 31

REPORTER KK

DATE 12-7-05

TO: Dr. Carter

EXHIBIT #  _31_

WITNESS;  _Dr. Carter_

Identified and made a part of the record

This _____ day of _____ , 2006

_____

JUDGE

P.  _483_





EXHIBIT # 32

REPORTER KK

DATE 12-7-05

TO: Dr. Carter

EXHIBIT # _32_

WITNESS: _Dr. Carter_

Identified and made a part of the record

This _____ day of _Oct._____, 200 6

_____
JUDGE

P. _485_







EXHIBIT # 33

REPORTER KK

DATE 12-7-05

TO: Dr. Carter

EXHIBIT # ___33___

WITNESS: ___Dr. Carter___

Identified and made a part of the record

This ___ day of _____, 2006

_____
JUDGE

P. ___489___







**EXHIBIT #** 34

REPORTER KK

DATE 12-7-05

TO: Dr. Carter

EXHIBIT # ___34___

WITNESS: ___Dr. Carter___

Identified and made a part of the record

This ___ day of _____, 200 6

_____
JUDGE

P. ___489___





**EXHIBIT #** 35

REPORTER ___

DATE 12-7-05

TO: Dr. Carter

EXHIBIT # ___35___

WITNESS: ___Dr. Carter___

Identified and made a part of the record

This ___11___ day of _____, 200 6

_____
JUDGE

P. ___491___





**EXHIBIT #** 36

REPORTER kk

DATE 12-7-05

TO: Dr. Carter

EXHIBIT # ___36___

WITNESS: ___Dr. Carter___

Identified and made a part of the record

This __11__ day of _____, 200_6_

_____
JUDGE

P. ___492___





**EXHIBIT #** 37
REPORTER KK
DATE 12-7-05
TO: Dr. Carter

EXHIBIT # _____ 37 _____

WITNESS: _____ Dr. Carter _____

Identified and made a part of the record

This _____ 11 _____ day of _____ Oct, _____, 200 6

_____

JUDGE

495







EXHIBIT # 38
REPORTER KK
DATE 12-7-05
TO: Dr. Carter

EXHIBIT #  38

WITNESS;   Dr, Carter

Identified and made a part of the record

This  11  day of  OCT.  , 2006

JUDGE

P.  491





**EXHIBIT #** 39

REPORTER kk

DATE 12-7-05

TO: Dr. Carter

EXHIBIT # ___39___

WITNESS: ___Dr. Carter___

Identified and made a part of the record

This ___10___ day of ___October___ , 200 6

_____
JUDGE

498





**EXHIBIT #** 40
REPORTER KK
DATE 12-7-05
TO: Dr. Carter

EXHIBIT # _40_

WITNESS: Dr. Carter

Identified and made a part of the record

This _____ day of _____, 200 4

_____
JUDGE

P. _499_



2004-4233

**EXHIBIT #** 41

REPORTER KK

DATE 12-7-05

TO: Dr. Carter

EXHIBIT # __41__

WITNESS: ___Dr. Carter___

Identified and made a part of the record

This ___11___ day of _____, 200 6

_____
JUDGE

P. __503__



2004-4233

EXHIBIT # 42

REPORTER KK

DATE 12-7-05

TO: Dr. Carter

EXHIBIT # __42__

WITNESS: ___Dr. Carter___

Identified and made a part of the record

This ___11___ day of ___October___, 200_6_

_____

JUDGE

P. _504_





EXHIBIT # 43

REPORTER KK

DATE 12-7-05

TO: Dr. Carter

EXHIBIT # _43_

WITNESS: _Dr. Carter_

Identified and made a part of the record

This ___ day of _October_ , 200 6

_JUDGE_

P. _511_



EXHIBIT #  44

WITNESS:  Dr. Carter

Identified and made a part of the record

This  10  Day of  Oct  , 2006

JUDGE

P.  513

**EXHIBIT #** 44

REPORTER KK

DATE 12-7-05

TO: Dr. Carter



**EXHIBIT #** 45

REPORTER KK

DATE 12-7-05

TO: Dr. Carter

EXHIBIT # _45_

WITNESS: _Dr. Carter_

Identified and made a part of the record

This _11_ day of _October_ 20__

_____
JUDGE

P. _525_

EB

04101344

**PROPERTY WILL NOT BE ACCEPTED UNLESS ALL
AVAILABLE INFORMATION IS GIVEN BELOW:**

FOUND ☐   EVIDENCE ☑   PERSONAL ☐

RECEIPT NO. 04101344   DATE 11-19-04

OFFICERS Sgt WD Merritt   IBM NO. 5546

OFFICERS _____   IBM NO. _____

CAR # 1915

VICTIM

**DEFENDANT**

1. NAME Braswell, Shelia
   LAST          FIRST          MIDDLE
   8152
   ADDRESS Lakeside Cir N   AGE 32   SEX FB

   BOOKING # _____

2. NAME _____
   LAST          FIRST          MIDDLE
   ADDRESS _____   AGE ___   SEX ___

   BOOKING # _____

**CHARGES/BUREAU**

ARRESTED FOR: _____

MEMO OR R.I. # _____ 04 C0 2362 ME

ARTICLES: _____

2 - Gold Pierced earrings

1 - Nipple R

LOCATION SEIZED: _____ 559 Ross Rd.

OR (LOC OF ARREST): _____

E-2100.269

Rev. 10/89



| EXHIBIT # 46 | EXHIBIT # 46 |
|---|---|
| REPORTER KK | REPORTER KK |
| ID | |
| DATE 12-8-05 | DATE 12-8-05 |
| TO: K. Woods | TO: S. Smith |

I.D./EVIDENCE

EXHIBIT # ___46___

WITNESS: K. Woods / S. Smith

Identified and made a part of the record

This ___11___ Day of ___October___, ___2016___

JUDGE _____

F.O./Evidence

P. 618/676

E X H I B I T  # 47

Vibrator

RETAINED BY THE CRIMINAL COURT CLERK OF SHELBY COUNTY TENNESSEE, UNLESS REQUESTED BY THE CRIMINAL COURT OF APPEALS

I.D./EVIDENCE

EXHIBIT # 47

Witness: V. Braswell

Identified and made a part of the record

This the ___ day of October, 2006

JUDGE

I.D./EVIDENCE

Page # 291/777

E X H I B I T   # 48

Butterfly

RETAINED BY THE CRIMINAL COURT CLERK OF SHELBY COUNTY TENNESSEE, UNLESS REQUESTED BY THE CRIMINAL COURT OF APPEALS

I. D. /EVIDENCE

EXHIBIT # ___48___

Witness: V. Braswell

Identified and made a part of the record

This the ___16___ day of ___October___, 2004

_____ JUDGE

I.D. Evidence

Page # ___772/777___

E X H I B I T #50

Nubby G.

RETAINED BY THE CRIMINAL COURT CLERK OF SHELBY COUNTY TENNESSEE, UNLESS REQUESTED BY THE CRIMINAL COURT OF APPEALS

I.D. /EVIDENCE

EXHIBIT # 50

Witness: V. Braswell

Identified and made a part of the record

This the 11 day of October, 2006

JUDGE

I.D. /EVIDENCE

Page # 773/777

E X H I B I T  # 51

whips

RETAINED BY THE CRIMINAL COURT CLERK OF SHELBY
COUNTY TENNESSEE, UNLESS REQUESTED BY THE
CRIMINAL COURT OF APPEALS

EXHIBIT # 51

Witness: V. Braswell

Identified and made a part of the record

This the 11 day of October, 2006

JUDGE

Page # 777

SEE   EXHIBIT # 21

Picture is double marked.

EXHIBIT # __53__

WITNESS: __V. Braswell__

Identified and made a part of the record

This __11__ day of __October__ , 200 6

JUDGE

P. __805__



EXHIBIT #  54

WITNESS:  V. Braswell

Identified and made a part of the record

This _____ Day of _____ OCT _____, 200 6

_____

JUDGE

P. _____ 805



**EXHIBIT #** 54

REPORTER KK

DATE 12-8-05

TO: V. Braswell